# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 10 PM 2:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PACIFIC BEACH UNIFIED METHODIST )
CHURCH, a California Religious )
Corporation; and its Pastor APRIL )
HERRON; )
)
          Plaintiffs, )
)
vs. )
)
The CITY OF SAN DIEGO; CITY OF SAN )
DIEGO NEIGHBORHOOD CODE COM- )
PLIANCE DEPARTMENT; Mayor JERRY )
SANDERS, City Council Members SCOTT )
PETERS, KEVIN FAULCONER, TONI )
ATKINS, TONY YOUNG, BRIAN MAIEN- )
SCHEIN, DONNA FRYE, JIM MADAFFER, )
BEN HUESO, NCC Director MARCIA )
SAMUELS, NCC Land Development )
Investigator PAMELA JONES, and City )
Attorney MICHAEL J. AGUIRRE, in their )
official capacities; and DOES 1-25; )
)
          Defendants. )
)

**SUMMONS IN A CIVIL ACTION**

Civil Case No.:
'07CV 2305   LAB PCL

**Jury Trial Demanded.**

To the above-named Defendants:

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert Scott Dreher (CSB No. 120527)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA 92101
619-230-8828 / fax 619-687-0136

    An answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. CLERK
K. HAMMERLY

DEC 1 0 2007
DATE

By _____, Deputy Clerk

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: December 10, 2007

NAME OF SERVER: Robert Scott Norman

TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Personal service by leaving documents with the following officer of agent of Defendant City Attorney Michael J. Aguirre: Carmina Trajano, Deputy City Clerk I – 202 "C" Street, 2nd Floor, San Diego, CA 92101.

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|
|   |   |   |   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: December 10, 2007
    Date

Signature of Server

835 Fifth Ave, Suite 202, San Diego, CA 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)