```
1  MICHAEL J. AGUIRRE, City Attorney
   ROBERT J. WALTERS, Deputy (CSBN 140741)
2      Office of the City Attorney
       1200 Third Avenue, Suite 1100
3      San Diego, California 92101-4100
       Telephone: (619) 533-5800
4      Facsimile:  (619) 533-5856
5
   Attorneys for Defendants CITY OF SAN DIEGO,
6  CITY OF SAN DIEGO NEIGHBORHOOD CODE
   COMPLIANCE DEPARTMENT, JERRY SANDERS,
7  SCOTT PETERS, KEVIN FAULCONER, TONI
   ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN,
8  DONNA FRYE, JIM MADAFFER, BEN HUESO,
   MARCIA SAMUELS, PAMELA JONES, and
9  MICHAEL J. AGUIRRE
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>        Defendants. | Case No. 07cv2305-LAB-PCL<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DATE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:    Larry Alan Burns<br>Dept.:<br>Complaint filed:  December 07, 2007<br><br>Date:<br>Time: |

      Pursuant to the local rules of this Court, Rules 7.2 and 12.1, the parties jointly stipulate and move this Court for an order extending the time for a responsive pleading by Defendants

1  THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE
2  COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT
3  PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN,
4  DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC
5  Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE,
6  until January 15, 2008, without prejudice to the assertion of any affirmative defenses or forms of
7  responsive pleading other than an answer.
8      The reason for this request is due to the holiday season, sufficient opportunity to make
9  appropriate disclosures have not been able to be made to the various City officials or employees
10 to secure consents for multiple representations, and the alleged notice of violation in Plaintiffs'
11 complaint continues to undergo administrative review, which may result in amicable resolution
12 of this matter.
13     SO STIPULATED.
14 Dated: December ___, 2007     MICHAEL J. AGUIRRE, City Attorney

By _____
    ROBERT J. WALTERS
    Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO, CITY OF SAN DIEGO
NEIGHBORHOOD CODE COMPLIANCE
DEPARTMENT, JERRY SANDERS,
SCOTT PETERS, KEVIN FAULCONER,
TONI ATKINS, TONY YOUNG,
BRIAN MAIENSHCEIN, DONNA FRYE,
JIM MADAFFER, BEN HUESO,
MARCIA SAMUELS, PAMELA JONES, and
MICHAEL J. AGUIRRE

Dated: December ___, 2007     DREHER LAW FIRM

By _____
    Robert Scott Dreher, Esq.
Attorneys for Plaintiffs
PACIFIC BEACH UNIFIED METHODIST
CHURCH and APRIL HERRON

2

MICHAEL J. AGUIRRE, City Attorney
ROBERT J. WALTERS, Deputy (CSBN 140741)
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO,
CITY OF SAN DIEGO NEIGHBORHOOD CODE
COMPLIANCE DEPARTMENT, JERRY SANDERS,
SCOTT PETERS, KEVIN FAULCONER, TONI
ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN,
DONNA FRYE, JIM MADAFFER, BEN HUESO,
MARCIA SAMUELS, PAMELA JONES, and
MICHAEL J. AGUIRRE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 07cv2305-LAB-PCL<br><br>JOINT MOTION AND STIPULATION TO EXTEND DATE TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>Judge: Larry Alan Burns<br>Dept.:<br>Complaint filed: December 07, 2007<br>Date:<br>Time: |

Pursuant to the local rules of this Court, Rules 7.2 and 12.1, the parties jointly stipulate and move this Court for an order extending the time for a responsive pleading by Defendants

1

JOINT MOTION AND STIPULATION TO EXTEND                Case No. 07cv2305-LAB-PCL
DATE TO RESPOND TO PLAINTIFFS' COMPLAINT

1  THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE
2  COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT
3  PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN,
4  DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC
5  Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE,
6  until January 15, 2008, without prejudice to the assertion of any affirmative defenses or forms of
7  responsive pleading other than an answer.
8      The reason for this request is due to the holiday season, sufficient opportunity to make
9  appropriate disclosures have not been able to be made to the various City officials or employees
10 to secure consents for multiple representations, and the alleged notice of violation in Plaintiffs'
11 complaint continues to undergo administrative review, which may result in amicable resolution
12 of this matter.
13     SO STIPULATED.
14 Dated: December __, 2007        MICHAEL J. AGUIRRE, City Attorney
15
16                                  By _____
                                    ROBERT J. WALTERS
17                                  Deputy City Attorney
18                                  Attorneys for Defendants
                                    CITY OF SAN DIEGO, CITY OF SAN DIEGO
19                                  NEIGHBORHOOD CODE COMPLIANCE
                                    DEPARTMENT, JERRY SANDERS,
20                                  SCOTT PETERS, KEVIN FAULCONER
                                    TONI ATKINS, TONY YOUNG,
21                                  BRIAN MAIENSHCEIN, DONNA FRYE,
                                    JIM MADAFFER, BEN HUESO,
22                                  MARCIA SAMUELS, PAMELA JONES, and
                                    MICHAEL J. AGUIRRE
23
24 Dated: December __, 2007         DREHER LAW FIRM
25
26                                  By _____
                                    Robert Scott Dreher, Esq.
27                                  Attorneys for Plaintiffs
                                    PACIFIC BEACH UNIFIED METHODIST
28                                  CHURCH and APRIL HERRON

2

JOINT MOTION AND STIPULATION TO EXTEND          Case No. 07cv2305-LAB-PCL
DATE TO RESPOND TO PLAINTIFFS' COMPLAINT