MICHAEL J. AGUIRRE, City Attorney
ROBERT J. WALTERS, Deputy (CSBN 140741)
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 07cv2305-LAB-PCL<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DATE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge: Larry Alan Burns<br>Dept.:<br>Complaint filed: December 07, 2007<br><br>Date:<br>Time: |

Pursuant to the local rules of this Court, Rules 7.2 and 12.1, the parties jointly stipulate and move this Court for an order extending the time for a responsive pleading by Defendants

THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, until January 15, 2008, without prejudice to the assertion of any affirmative defenses or forms of responsive pleading other than an answer.

The reason for this request is due to the holiday season, sufficient opportunity to make appropriate disclosures have not been able to be made to the various City officials or employees to secure consents for multiple representations, and the alleged notice of violation in Plaintiffs' complaint continues to undergo administrative review, which may result in amicable resolution of this matter.

SO STIPULATED.

Dated: December 27th, 2007

MICHAEL J. AGUIRRE, City Attorney

By ______________________
ROBERT J. WALTERS
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

Dated: December ___, 2007

DREHER LAW FIRM

By ______________________
Robert Scott Dreher, Esq.
Attorneys for Plaintiffs
PACIFIC BEACH UNIFIED METHODIST CHURCH and APRIL HERRON

MICHAEL J. AGUIRRE, City Attorney
ROBERT J. WALTERS, Deputy (CSBN 140741)
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 07cv2305-LAB-PCL<br><br>**JOINT MOTION AND STIPULATION TO EXTEND DATE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge: Larry Alan Burns<br>Dept.:<br>Complaint filed: December 07, 2007<br><br>Date:<br>Time: |

Pursuant to the local rules of this Court, Rules 7.2 and 12.1, the parties jointly stipulate and move this Court for an order extending the time for a responsive pleading by Defendants

THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, until January 15, 2008, without prejudice to the assertion of any affirmative defenses or forms of responsive pleading other than an answer.

The reason for this request is due to the holiday season, sufficient opportunity to make appropriate disclosures have not been able to be made to the various City officials or employees to secure consents for multiple representations, and the alleged notice of violation in Plaintiffs' complaint continues to undergo administrative review, which may result in amicable resolution of this matter.

SO STIPULATED.

Dated: December 27, 2007

MICHAEL J. AGUIRRE, City Attorney

By ______________________
ROBERT J. WALTERS
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

Dated: December ___, 2007

DREHER LAW FIRM

By ______________________
Robert Scott Dreher, Esq. Robert S. Dreher
Attorneys for Plaintiffs
PACIFIC BEACH UNIFIED METHODIST CHURCH and APRIL HERRON