# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,

Plaintiffs,

vs.

THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; MAYOR JERRY SANDERS, CITY COUNCIL MEMBERS SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC DIRECTOR MARCIA SAMUELS, NCC LAND DEVELOPMENT INVESTIGATOR PAMELA JONES , and CITY ATTORNEY MICHAEL J. AGUIRRE, in their official capacities and DOES 1-25,

Defendants.

CASE NO. 07cv2305-LAB (PCL)

**ORDER GRANTING JOINT MOTION TO CONTINUE DATE TO RESPOND TO COMPLAINT**

On December 28, 2007, the parties jointly moved for an extension of time for Defendant to respond to the complaint filed in this action on December 7, 2007. The parties cite the holiday season as causing delays in obtaining consents from City officials and employees, as well as ongoing administrative review of the complaint.

For good cause shown, the joint motion is hereby **GRANTED**. Defendants shall respond to the complaint no later than Tuesday, January 15, 2008.

**IT IS SO ORDERED**.

DATED: January 2, 2008

**HONORABLE LARRY ALAN BURNS**
United States District Judge