UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>Plaintiffs<br><br>v.<br><br>THE CITY OF SAN DIEGO; et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07cv2305 LAB (WMc)<br><br>**ORDER RE: MAGISTRATE JUDGE RECUSAL** |

Magistrate Judge William McCurine, Jr. hereby recuses himself from the above entitled action and requests that another Magistrate Judge be assigned.

Magistrate Judge Nita L. Stormes (NLS) is assigned.

**IT IS SO ORDERED.**

DATED: January 7, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE LARRY A. BURNS, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD