**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA 92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their official capacities; and DOES 1-25;<br><br>Defendants. | Civil Case No.: 07 CV 2305LAB PCL<br><br>**NOTICE OF MOTION & MOTION FOR PRELIMINARY INJUNCTION (*F.R.Civ.P. 65*).**<br><br>Judge: Hon. Larry A. Burns<br>Date: February 25, 2008<br>Time: 10:30 a.m.<br>Ctrm: Courtroom 9, Second Floor |

TO DEFENDANTS:

PLEASE TAKE NOTICE that on February 25, 2008, in Courtroom 9 of the United States Federal District Court for the Southern District, at the Edward J. Schwartz U.S.

Courthouse Building, 940 Front Street, San Diego, CA 92101, at 10:30 a.m., or as soon thereafter as the parties may be heard, Plaintiffs will and hereby do ask the Court to issue a Preliminary Injunction ordering Defendants not to cite or arrest Plaintiffs for violation of San Diego Municipal Code §§ 131.0406, 131.0420, 131.0422, and 141.0412(a)(3), and enjoining Defendants from initiating legal action to prevent, hinder, or delay Plaintiffs from hosting, attending and participating in Wednesday evening ministry services at their church.

This motion is made pursuant to Rule 65 of the Federal Rules of Civil Procedure, on the grounds that an injunction is proper because:

1. Plaintiffs are likely to succeed on the merits of their claims;

2. The application of Municipal Code §§ 131.0406, 131.0420, 131.0422, and 141.0412(a)(3), to Plaintiffs violates the First Amendment to the United States Constitution;

3. The application of Municipal Code §§ 131.0406, 131.0420, 131.0422, and 141.0412(a)(3), to Plaintiffs violates the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), codified at 42 U.S.C. §§ 2000cc et seq.;

4. Municipal Code §§ 131.0406, 131.0420, 131.0422, and 141.0412(a)(3), are facially inapplicable to Plaintiffs and their activities;

5. Without the requested preliminary injunction, Plaintiffs will suffer ongoing violations of their constitutional rights and irreparable harm; *and*

6. The burden on the Plaintiffs absent an injunction outweighs the burden of an injunction upon the Defendants.

This motion is based on the Memorandum of Points & Authorities; Request for Judicial Notice; Notice of Lodgment of Exhibits and Exhibits attached thereto; the Declaration of Mary Herron; this Notice; the files, records and pleadings in this action; the

fact that good cause exists for such relief, and such other and further argument and evidence as shall be presented prior to or at the hearing of this motion.

Respectfully submitted,

Dated: January 11, 2008

**DREHER LAW FIRM**

**s/ Robert Scott Dreher**
Attorney for Plaintiffs
E-mail: scott@dreherlawfirm.com

N:\JD\CASES\264\PI-N&M2.doc