**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA  92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their official capacities; and DOES 1-25;<br><br>Defendants. | Civil Case No.: 07 CV 2305LAB PCL<br><br>**DECLARATION OF APRIL HERRON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Judge: Hon. Larry A. Burns<br>Date:  February 25, 2008<br>Time:  10:30 a.m.<br>Ctrm:  Courtroom 9, Second Floor |

(07 CV 2305)

Declaration of April Herron
1

I, April Herron, have firsthand knowledge of the facts set forth herein and, if called to testify thereto, could do so competently.

1. I am the Pastor at Pacific Beach United Methodist Church (PBUMC) and I am a Plaintiff in this case. I am a member of a Christian religious faith (United Methodist) whose religious beliefs and practices require foremost that we minister to and care for the hungry, homeless and poor. I believe that the teachings of Jesus Christ and the Bible require us to care for the poor in order to achieve physical and spiritual salvation.

2. In 1987, I earned my Master of Divinity from the Pacific School of Religion. In 1991, following my first assignment as an ordained United Methodist pastor, I came to Pacific Beach United Methodist Church. The Church has been at its current location since the 1950's. All of our current ministries have been operating as they are today since at least 1997. During my years at PBUMC, attendance has more than doubled.

3. My involvement in PBUMC goes well beyond preaching -- I do everything from singing in the choir and taking part in the drama productions to counseling members on topics ranging from religious questions to planning picnics, outdoor church, and Gospel Sings. My parents as well as my children are active Church members, reflecting the Church's multi-generational character.

4. At PBUMC we are a sincere community of men, women, and children who are committed to worshipping God in the manner commanded by Jesus Christ, including helping others and making this world a better place.

## BACKGROUND OF THE METHODIST CHURCH

5. John Wesley began what became the Methodist movement in England in the 1700s. From the start, Methodism was especially identified with the religious life of the

lower and middle classes, and its ministers made no apology for concentrating their energies on the poor. One of John Wesley's most famous aphorisms is "*Do all the good you can, by all the means you can, in all the ways you can, in all the places you can, at all the times you can, to all the people you can, as long as ever you can.*" Wesley wrote in his journal on January 4, 1785: "*At this season we usually distribute coals and bread among the poor of the society. But I now considered, they wanted clothes as well as food. So on this and the four following days I walked through the town and begged two hundred pounds [sterling] in order to clothe them that needed it most.*"

      6.     From Wesley's early sermons through today, Methodists are taught that "*He who had the love of God in his heart... was athirst to do good. The language of his heart continually was, 'My Father worketh hitherto, and I work.' My Lord 'went about doing good'; and shall not I 'tread in his steps'? As he had the opportunity, therefore ... he fed the hungry, clothed the naked, helped the fatherless or stranger, visited and assisted them that were sick or in prison.*" (Sermon on Scriptural Christianity.)

## OUR RELIGIOUS AND BIBLICAL MANDATE TO FEED AND CARE FOR THE POOR AND NEEDY

      7.     A fellow church leader (John Ed Mathison) articulates the purpose of the church succinctly: "The church [In all times and places] exists to exalt Jesus Christ and to help us walk in his steps." Indeed, our mission is guided by the words and the actions of Jesus. When Jesus described his own ministry, he said, "the blind receive their sight, the lame walk, the lepers are cleansed, the deaf hear, the dead are raised, the poor have good news brought to them" (Luke 7:22). We take to heart Jesus' instructions that we, his followers should, "Proclaim the good news 'the kingdom of heaven has come near.' Cure the sick, raise the dead, cleanse the lepers, cast out demons. Give freely as you

yourselves have received" (Matthew 10:7-8). We are mindful that Jesus told us we will one day be judged on whether or not we gave food to the hungry, drink to the thirsty, welcome to the stranger, clothing to the naked, care to the sick, time and attention to those in prison (Matthew 28:35-36).

   8.   The Bible is replete with passages teaching that God is especially concerned about the poor, that believers must love the poor, and that this love should result in concrete actions to deal with the needs of the poor. The Biblical mandate to care for the poor is also set forth in the book of Isaiah, where God asked "Is not this the fast that I choose...to share your bread with the hungry, and bring the homeless poor into your house; [and] when you see the naked, to cover them?" (Isaiah 58:6-7).

   9.   Jesus Christ met the physical as well the spiritual needs of others, exemplified in feeding the hungry (Matthew 14:14-21; 15:29-34), giving sight to the blind (Matthew 9:27-31), cleansing the leper (Matthew 8:2-4), restoring sanity to the mad (Mark 5:1-20), strength to the lame (John 5:1-9), and even life to the dead (John 11:17-44). We know that we will one day be judged on whether or not we gave food to the hungry, drink to the thirsty, welcome to the stranger, clothing to the naked, and care to the sick. (Matthew 28:35-36).

   10.   In referring to the hardness of heart which typified those who turned from God, Jesus said "You know that the rulers of the Gentiles lord it over them, and their great men exercise authority over them. It shall not be so among you; but whoever would be great among you must be your servant, and whoever would be first among you must be your slave, even as the Son of man came not to be served but to serve, and to give his life as a ransom for many." (Matthew 20:29-34).

11. Jesus' teaching to feed the hungry, give water to those who thirst, invite the stranger into the home, clothe the naked, and visit those who are sick and in prison (Matthew 25:34) is viewed as a command to the faithful follower of Christ, for "Truly, I say to you, as you did it to one of the least of these brethren, you did it to me." (Matthew 25:39). As the apostle James instructed:

> "Now, what use is it, my brothers, for a man to say he has faith if his actions do not correspond with it? Could this sort of faith save anyone's soul? If a fellow man or woman has no clothes to wear and nothing to eat, and one of you say 'Good luck to you, I hope you'll keep warm and find enough to eat', and yet give them nothing to meet their physical needs, what on earth is that good for? Yet that is exactly what a bare faith without a corresponding life is like - quite dead." (James 2:14).

12. This New Testament teaching is traced to the very earliest of Old Testament scripture. The Book of Deuteronomy (one of "Books of the Law" or Torah) proclaims:

> "Is there a poor man among you, one of your brothers, in any town of yours in the land that Yahweh your God is giving you? Do not harden your heart or close your hand against that poor brother of yours, but be openhanded with him and lend him enough for his needs. Do not allow this mean thought in your heart, 'The seventh year, the year of remission is near', and look coldly on your brother and give him nothing' he could appeal against you to Yahweh and it would be a sin for you...Of course there will never cease to be poor in the land. I command you, therefore: Always be openhanded with your brother, and with anyone in your country who is in need and poor." (Deuteronomy 15:7-12).

13. This Old Testament scripture was recognized by Jesus in the incident of the woman who anointed him before the crucifixion, in which he declared that so long as the gospel was preached, she would be remembered: "The poor will always be with you" he said (Matthew 26:11). The first letter of the Apostle John declares:

> "But if someone who is supposed to be a Christian has money enough to live well, and sees a brother in need, and won't help him - how can God's love be with him? Little children, let us stop saying we love people; let us really love them, and show it by our actions." (1 John 3:17 [Original emphasis. Living Bible translation]).

14. This New Testament teaching echoes throughout the scriptures. In the words of the Psalmist, King David: "Happy is he who cares for the poor and weak." (Psalm 41:1).

15. The teaching applies to the New Testament church. The apostle James wrote:

> "My brethren, show no partiality as you hold the faith of your Lord of glory. For if a man with gold rings and in fine clothing comes into your assembly, and a poor man in shabby clothing also comes in, and you pay attention to the one who wears the fine clothing and say "Have a seat here, please," while you say to the poor man, "Stand there," or "Sit at my feet," have you not made distinctions among yourselves, and become judges with evil thoughts? Listen, my beloved brethren. Has not God chosen those who are poor in the world to be rich in faith and heirs of the kingdom which he has promised to those who love him? But you have dishonored the poor man. Is it not the rich who oppress you, is it not they who drag you into court? Is it not they who blaspheme the honorable name which was invoked over you?"
>
> If you really fulfill the royal law, according to the scripture "You shall love your neighbor as yourself," you do well. But if you show partiality, you commit sin, and are convicted by the law as transgressors. For whoever keeps the whole law but fails in one point has become guilty of all of it." (James 2:1-11).

16. A sacred sacrament in the Church is the remembrance of the sharing of food at the Lord's supper, memorialized in the ceremony of communion. At the Last Supper, before Jesus' crucifixion and resurrection, He took a cup, and when He had given thanks He said, "Take this, and divide it among yourselves; for I tell you that from now on I shall not drink of the fruit of the vine until the kingdom of God comes." And He took the bread, and when he had given thanks He broke it and gave it to them, saying, "This is my body which is given for you. Do this in remembrance of me." And likewise the cup after supper, saying, "This cup which is poured out for you is the new covenant in my blood." (Luke 22:17-21).

17. The significance of the Holy Communion is summed-up in Luke 24:30-31: "When He was at the table with them, He took bread, blessed and broke it, and gave it to

them. Then their eyes were opened and they recognized Him; and He vanished from their sight." Christians believe that we find/see/experience Christ when we break bread with strangers. We can practice our faith fully only by inviting strangers into our church homes and sharing a meal with them -- a meal modeled on holy communion and on the many meals that Jesus shared with friends and enemies, saints and sinners, large crowds and small groups.

18.    The sharing of food at the Lord's supper was debased in the church at Corinth, earning the wrath of the apostle Paul, who wrote:

> "But, as it is, when you are assembled in one place you do not eat the Lord's supper. For everyone tries to grab his food before anyone else, with the result that one goes hungry and another has too much to drink! Haven't you houses of your own to have meals in, or are you showing contempt for the church of God and causing acute embarrassment to those who have no other home?" (1 Corinthians 11:20-23 [Orig. emph. Phillips translation]).

19.    The meals shared among members of the early church were meant to make a symbolic declaration that the reign of God dissolves distinctions based on social class as well as the value systems that reinforce such distinctions. When congregations failed to honor this meaning in their practices, they were chastised by their leaders (Skinner, Matthew, The Christian Century, Nov. 27, 2007, vo. 124, No. 24, p. 38). In his exposition of this passage of scripture, John Short, in The Interpreter's Bible, a twelve volume work of biblical scholarship, comments that:

> "Not only were there divisions in the church based on the differences in social status of the various members of the community, but these were emphasized by the social practice of many of those who attended the so-called "common meal" or "love feast." Personal tastes and class consciousness and economic status were allowed to intervene in a particularly divisive and pernicious way. People of similar standing apparently drew instinctively together and shared their provisions with their own set to the exclusion of others. The cultured people would congregate in one group; the rougher, poorer members of the community would gather in another. Those from the slums were thus segregated from those who

came, so to say, from the suburbs; the well to do were separated similarly for the poor; and the result was that a social occasion, closely associated with the sacramental rite of blessing and breaking the bread and spilling forth the wine, tore to shreds the whole idea of Christian Fellowship." (Vol. 10, <u>The Interpreter's Bible</u>, Abingdon Press, pps. 133-134).

20. Jesus' command of duty to the poor and afflicted, and his proclamation that he came "not to abolish the law and the prophets," but "to fulfill them" (<u>Matthew</u> 5:17) is borne out in Old Testament scripture. <u>Proverbs</u> 21:13 declares: "He who shuts his ear to the poor man's cry shall himself plead and not be heard" and "He who gives to the poor shall never want, but he who closes his eyes to them will bear many a curse." (<u>Proverbs</u> 28:27). And elsewhere: "The virtuous man is concerned for the rights of the poor, but the wicked knows no such concern." (<u>Proverbs</u> 29:7).

21. Jesus said: "A new commandment I give you: Love one another. As I have loved you, so you must love one another. All men will know that you are my disciples if you love one another" (<u>John</u> 13:34).

22. Providing food and care to the poor is not merely a matter of personal choice for the Methodist faith, but is a requirement for spiritual redemption. Ezekiel 18:5-9 says: "If a person is righteous and does what is lawful and right...and gives bread to the hungry and covers the naked with a garment...he is righteous, he shall surely live, says the Lord God."

23. These then, are the central, core tenets of belief and action that govern us, adhered-to in word and deed. To adhere to the positive command of Jesus Christ is salvation. To turn from it is sin and death and eternal suffering:

> "I was hungered and ye gave me meat; I was thirsty, and ye gave me drink; I was a stranger and ye took me in . . . Verily I say unto you, Inasmuch as ye have done it unto one of the least of these by brethren, ye have done it unto me.
>
> Then shall he say also unto them on the left hand, Depart from me, ye cursed, into everlasting fire, prepared for the devil and his angels: For I was hungered, and ye gave me no meat; I was thirsty and ye gave me no drink; I was stranger, and ye

took me not in . . . And these shall go away into everlasting punishment; but the righteous into life eternal." (Matthew 25:35, 40-43, 46).

## WEDNESDAY NIGHT MINISTRY

24. For the past 14 years, Pacific Beach United Methodist Church has conducted a community meal that, while open to everyone, is especially designed to assist the indigent. It is frequented by approximately 150-200 people who are homeless, indigent or low-income, including families and kids. Many of these people are fortunate enough to have a roof over their heads, but lack money to put food on the table.

25. For the past 10 years, the church has also hosted UCSD Medical School and, more recently, the Pacific College of Oriental Medicine, as part of its Wednesday evening service. These student-run free clinics offer free consultations for medical, dental, and acupuncture services. Anyone is welcome to sign up for a free consultation with a medical, dental, or acupuncture student. These "clinics" are licensed and properly supervised under the auspices of UCSD Medical School and the Pacific College of Oriental Medicine, respectively. No fees are charged and no money exchanged for services. Those who seek care at the clinics tend to be members of the community who have no other access to health services -- thus we feel this is an especially pertinent instance of following in the footsteps of Jesus. The County has approved these clinics.

26. Doors open and meals begin at 5:30 pm. Patrons sign in as they enter the dining hall (following a tradition started by a church member who often takes the book home and prays for the members). After meal is served, we offer a brief reflection on spiritual themes, prayer, and community announcements. After that, second helpings are available. At this point medical personnel start calling names for appointments. The kitchen closes at approximately 7:00 pm, at which point everyone begins to leave the premises.

## CITY "INSPECTION" AND THREATENED CITATION

27. On Wednesday, October 31, 2007, at approximately 3:00 pm (2 ½ hours before services were scheduled to begin), Pamela Jones, Land Development Investigator for the City of San Diego Neighborhood Code Compliance Department, arrived at the church unannounced. She inspected the church's premises, citing an "anonymous complaint." Ms. Jones was there for about ½ hour. After a brief tour, she told me that she needed to investigate the matter further, because the Church was "violating the Municipal Code." She was unable to point to a specific code section for the violation, stating "I have to research the code." Ms. Jones said that she had not cited any other church or even inspected any churches under similar circumstances and therefore could not give the consequences of such a "violation."

28. On November 26, 2007, Ms. Jones called me. She said she intended to send PBUMC a "*Notice of Violation*" in the mail, and that it would take another "couple weeks to prepare" it. I again asked her to disclose the specific Zoning Code references we were allegedly "violating." Ms. Jones was unable to give me any information, however, saying only that the City was "still investigating" that issue. I asked Ms. Jones if the City was applying this decision to all churches in San Diego, and Ms. Jones said "no, just you." I asked Ms. Jones if I could appeal her decision. "There is no appeal process. You may want to consult an attorney," Ms. Jones warned.

29. My mother, Mary Herron, and I began contacting other City officials, including councilman Faulconer, in an effort to discover the nature and consequences of the "charges" contained in a "Notice of Violation." Nobody seemed to know anything. I left a telephone message with Jones' supervisor, Ida Ford, but Ms. Ford did not return the call.

30. Fearing that our religious practices were being stifled, I also sent Defendants a letter (Ex. 3). I received no response.

31. On November 29, 2007 (nearly a month after the "inspection"), Ms. Jones left a message on telephone voicemail, stating that Defendants had finally found something. She said that the City believed that our religious activities were a violation of San Diego Municipal Code §§131.0406; 131.0420; 131.0422; and 141.0412(a)(3), and that we would receive a "Notice of Violation" citing these code sections.

32. On December 4, 2007, I called Ms. Jones to confirm receipt of my letter and left a message. On December 5, 2007, Ms. Jones returned my call. She stated that the "Notice of Violation" was forthcoming and that we must stop our Wednesday Night Ministry. Ms. Jones said that the City will require us to (a) seek a Conditional Use Permit to continue our religious activities, or (b) discontinue the activities in "their entirety." She also threatened that consequences could include daily fines and a referral to the City Attorney for legal or court action.

33. Now, we are faced with a dilemma which we cannot solve: Do we follow our faith and continue to worship as our faith commands (risking fine, jail, closure of the Church?), or follow the decision of the City, abandoning a tenet of our religion? Both options are impossible in light of our faith.

//

//

//

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is correct to the best of my knowledge.  Dated this day of January 10, 2008 at
3  San Diego, California.

*[Signature]*
Pastor April Herron

N:\JD\CASES\264\Pleadings\Declaration of April Herron.doc