**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA 92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their official capacities; and DOES 1-25;<br><br>Defendants. | Civil Case No.: 07 CV 2305LAB PCL<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Larry A. Burns<br>Date: February 25, 2008<br>Time: 10:30 a.m.<br>Ctrm: Courtroom 9, Second Floor |

Plaintiffs hereby lodge true and correct copies of the following Exhibits in support of their Motion for a Preliminary Injunction. These Exhibits are authenticated in the Herron

Declaration filed herewith, or they are self-authenticating as set forth in the Request for Judicial Notice, filed herewith.

1. *Sonrise Christian Fellowship v. City of San Diego*, No. 86-1429 S (S.D. Cal. Aug. 26, 1985) (order granting preliminary injunction);

2. *Sonrise Christian Fellowship v. City of San Diego*, No. 86-1429 S (S.D. Cal. June 23, 1986) (stipulation and order granting injunction); *and*

3. Letter from April Herron to Pamela Jones (Nov. 27, 2007).

Dated: January 11, 2008

**DREHER LAW FIRM**

**s/ Robert Scott Dreher**
Attorney for Plaintiffs
E-mail: scott@dreherlawfirm.com

N:\JD\CASES\264\NOL INj..doc

# EXHIBIT 1

FILED ENTERED LODGED RECEIVED
AUG 29 1985
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

FILED ENTERED LODGED RECEIVED
AUG 26 1985
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SONRISE FELLOWSHIP, INC., and DON SHUMAN and ROBIN SANNER, individually and on behalf of all members of the fellowship,<br><br>Plaintiffs,<br><br>v.<br><br>UVALDO MARTINEZ, City Councilman for the City of San Diego; JANE REID, Representative of City Councilman Martinez; MARK CANO, Zoning Investigator for the City of San Diego; GINNIE SNYDER, Supervisor, City of San Diego Zoning Department; SHARON BOYER, City of San Diego Zoning Department; E. COOPER, Sanitarian, County of San Diego, Department of Health Services; JAMES A. FORDE, Director, Department of Health Services; BILL BROOKS, Inspector, City of San Diego Fire Department; ROGER PHILLIPS, Chief of the City of San Diego Fire Department, individually and in their official capacities; CITY OF SAN DIEGO; COUNTY OF SAN DIEGO,<br><br>Defendants.<br><br>[Jury Trial Demanded On All Causes of Action Relating To Non-Equitable Relief] | No. '85 1429 S<br><br>ORDER |

On July 8, 1985 Plaintiffs' Motion for Preliminary Injunction came on for hearing before the Honorable Edward J.

30

Schwartz at 10:30 a.m. in Courtroom No. 4 of the United States District Court for the Southern District of California. Milton J. Silverman appeared for Christian SonRise Fellowship, Leonard W. Pollard, III appeared for the County of San Diego, James A. Forde and E. Cooper, and Kenneth K. So appeared for the City of San Diego, Uvaldo Martinez, Jane Reid, Mark Cano, Ginnie Snyder, Sharon Boyer, Bill Brooks and Roger Phillips.

Having considered the declarations, pleadings, and oral argument of the above-named parties, the Court finds as follows:

1. Plaintiff Christian SonRise Fellowship is a religion entitled to the protection of the First Amendment of the United States Constitution;

2. The "common meal" is a religious practice entitled to the protection of the First Amendment of the United States Constitution;

3. Plaintiffs' religious beliefs are sincerely held;

4. Whether the California Uniform Retail Food Facilities Law as contained in California Health and Safety Code Sections 27500, et seq. applies to Plaintiffs' religious practice of the "common meal" is unclear but, even assuming said statutory law does apply, enforcement of California Health and Safety Code Sections 27500, et seq. sweeps too broadly into the area protected by the First Amendment since only the ". . . gravest abuses, endangering paramount interests give occasion for permissible limitation" in the area of religious practice (Sherbert v. Verner, 374 U.S. 398 (1963) quoting Thomas V.

Collins, 323 U.S. 516, 530 (1945)); and

5. Defendants have demonstrated only an abstract state interest in the health and safety of the community but have failed to meet their burden of demonstrating an overriding, subordinating and compelling state interest.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction is granted and that:

1. The Defendants are enjoined from taking any steps to enforce California Health and Safety Code Section Section 27500, et seq. against the Plaintiffs in connection with Plaintiffs' religious practice of the "common meal," however, this Preliminary Injunction does not enjoin lawfully constituted authority from conducting reasonable inspection of Plaintiffs' premises; and

2. The Defendants are enjoined from taking any steps to enforce California Municipal Code Section 101.0432.

IT IS SO ORDERED.

Dated: AUGUST 26, 1985.

Edward J. Schwartz
United States District Judge

APPROVED AS TO FORM:

Leonard W. Pollard, III

Kenneth K. So

**EXHIBIT 2**

FILED ENTERED LODGED RECEIVED
JUN 25 1986
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

RECEIVED
86 JUN 16 P 5: 01
CLERK, US DISTRICT COURT SOUTHERN DISTRICT OF CA BY DEPUTY

FILED
86 JUN 24 A 8: 45
CLERK, US DISTRICT COURT SOUTHERN DISTRICT OF CA BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SONRISE FELLOWSHIP, INC., et al.,<br>Plaintiffs,<br>v.<br>UVALDO MARTINEZ, et al.,<br>Defendants. | No. 85-1429-~~S~~ IEG<br>STIPULATION AND ORDER |

IT IS STIPULATED BY Plaintiffs, Christian Sonrise Fellowship, Inc., Don Shuman, and Robin Sanner, and their attorney Milton J. Silverman, and Defendants, Uvaldo Martinez, Jane Reid, Mark Cano, Ginnie Snyder, Sharon Boyer, G. Cooper, James A. Forde, Bill Brooks, Roger Phillips, City of San Diego, and County of San Diego, through their attorneys Kenneth So and Leonard Pollard, III, that:

1. Defendants are enjoined from taking any steps to enforce San Diego Municipal Code Section 101.0432 against Plaintiffs in connection with Plaintiffs' religious practice of the "common meal", which practice is further described in the Amended Complaint on file.

45

2. Defendants are enjoined from taking any steps to enforce the California Health and Safety Code Section requiring health permits against these Plaintiffs in connection with Plaintiffs' religious practice of the "common meal" which practice is further described in the Amended Complaint on file, provided Plaintiff, Christian Sonrise Fellowship, Inc., maintains a valid concession permit issued by the Department of Health Services under regulations in effect on January 31, 1986. In the event rules and regulations regarding health and concession permits are modified, Plaintiff will be subject to said rules and regulations on the same basis as each and every similar organization or establishment. This stipulation and order does not enjoin lawfully constituted authority from conducting reasonable inspections of Plaintiffs' premises.

3. Any and all claims for relief for general damages and/or punitive damages are dismissed.

4. Attorney's fees in the sum of Seven Thousand Five Hundred Dollars ($7,500.00) are to be paid to Milton J. Silverman by The City of San Diego pursuant to 42 U.S.C. 1988.

DATED: May 22, 1986

Don Shuman, individually and on behalf of the Christian Sunrise Fellowship, Inc.

DATED: ______________

Robin Sanner

DATED: May 14, '86

Milton J. Silverman, Esq.

Attorney for Plaintiffs Christian Sonrise Fellowship, Inc., Don Shuman, and Robin Sanner

JOHN W. WITT, City Attorney

DATED: May 26, 1986

By Kenneth So
Kenneth So, Deputy

Attorneys for Defendants City of San Diego, Uvaldo Martinez, Jane Reid, Mark Cano, Ginnie Snyder, Sharon Boyer, Bill Brooks, and Roger Phillips

LLOYD HARMON, County Counsel

DATED: June 5, 1986

By Leonard W. Pollard II
Leonard Pollard, II, Deputy

Attorneys for Defendants County of San Diego, James A. Forde, and E. Cooper

ORDER

IT IS SO ORDERED.

DATED: JUN 23 1986

UNITED STATES DISTRICT JUDGE

**EXHIBIT 3**

*Pacific Beach United Methodist Church*
1561 Thomas Avenue at Ingraham
San Diego, CA 92109-4398
(858) 274-6573

April Marie Herron
Pastor

November 27, 2007

Ms. Pamela Jones
Neighborhood Code Compliance
City of San Diego
1200 Third Ave, 8th Floor, MS 51N
San Diego, California 92101-4106

Dear Ms. Jones,

Thank you for your phone call of November 26, 2007. I am writing to request that you reconsider your stated intention to send the Pacific Beach United Methodist Church a "notice of violation." You and your supervisor, Ms. Ford, seem to be under the impression that we are doing something here which is beyond the scope of what a church might be expected to engage in. I assure you that is not the case.

A fellow church leader (John Ed Mathison) articulates the purpose of the church succinctly: "The church (In all times and places) exists to exalt Jesus Christ and to help us walk in his steps." Indeed, our mission is guided by the words and the actions of Jesus. When Jesus described his own ministry, he said, "the blind receive their sight, the lame walk, the lepers are cleansed, the deaf hear, the dead are raised, the poor have good news brought to them" (Luke 7:22). We take to heart Jesus' instructions that we, his followers, should "Proclaim the good news 'the kingdom of heaven has come near.' Cure the sick, raise the dead, cleanse the lepers, cast out demons, give freely as you yourselves have received" (Matthew 10:7-8). We are mindful that Jesus told us we will one day be judged on whether or not we gave food to the hungry, drink to the thirsty, welcome to the stranger, clothing to the naked, care to the sick, time and attention to those in prison (Matthew 28:35-36).

We practice our religion in all of the following ways, and more: Praying, singing hymns, studying scripture, offering hospitality, feeding the hungry, caring for the sick, joining in corporate worship, donating to food and clothing banks, giving time, sharing talent, and offering resources in Christ's service. Sometimes "feeding the hungry" takes the form of Holy Communion, a specific ritual in which we partake of the body and blood of Christ. Other times it takes the form of an open meal in which church members and neighbors in the community come together for food and fellowship. Sometimes "caring for the sick" involves taking flowers to a hospitalized church member. Other times in involves offering a place where the indigent and vulnerable of our community can receive medical care. In other words, what we do at our church on Wednesdays is as integral to our purpose and identity as what we do on Sundays or any other day of the week.

Our worship services and our meals are open to all. In both cases, participants are a mixture of church members and visitors from the community. In both cases, some participants have financial means and some do not. We do not discriminate in any way. Anyone is welcome to sign up for a free consultation with a medical, dental, or acupuncture student. These "clinics" are licensed and properly supervised under the auspices of UCSD Medical School and the Pacific College of Oriental Medicine, respectively. No fees are charged and no money exchanged for services. Those who seek care at the clinics tend to be members of the community who have no other access to health services -- thus we feel this is an especially pertinent instance of following in the footsteps of Jesus.

Our church has been at its current location since the 1950's. All of our current ministries have been operating as they are today since at least 1997. I remain confused about what has suddenly changed about the definition of "church" in the city codes that would require you to begin attempting to curtail the spectrum of ministries at the

email: admin@pbumc.org
website: www.pbumc.org

Pacific Beach United Methodist Church or any other church. You made reference in today's phone call to some internal city memos from 1987 which pertained to the Interfaith Shelter Network organized by the San Diego Ecumenical Council. I do not have copies of those memos, but I see no reason why participation with the Interfaith Shelter Network should mean we would have to restrict our other ministries.

I appreciate your attention to this matter. I am sending copies of this letter to elected city officials in case their insights would be helpful. I enjoyed meeting you when you came to the church as required to investigate an anonymous complaint. I would welcome the opportunity to meet with you and/or your supervisor to further discuss our church's theology and mission. I would also be glad to provide further written documentation to the effect that our activities fall well within the common understanding of what a Christian church is supposed to be and do.

Sincerely,

April Herron

The Rev. April Herron

email: admin@pbumc.org
website: www.pbumc.org