UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**PACIFIC BEACH UNITED METHODIST CHURCH, et al. v. THE CITY OF SAN DIEGO, et al.**
*Case No. 07 CV-2305 LAB (PCL)*

PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the case.  I am employed in the County of San Diego, California, where the service occurs; and my business address is 835 Fifth Ave, Suite 202, San Diego, CA 92101.

On **January 11, 2008**, I caused to be served copies of the documents described as:

**1.    NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION;**

**2.    MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;**

**3.    PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE (F.R.E. 201) IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION;**

**4.    DECLARATION OF APRIL HERRON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;**

**5.    NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION.**

on the following party in this action:

Michael J. Aguirre
Robert J. Walters
OFFICE OF THE CITY ATTORNEY
1200 Third Avenue, Suite 1100
San Diego, CA 92101
T: (619) 533-5800
F: (619) 533-5856

[ ]    BY PERSONAL SERVICE. I hand-delivered the above referenced document to the designated person referenced above.

[X]    BY EMAIL PERSUANT TO THE CM / ECF SYSTEM.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed **January 11, 2008**, at San Diego, California.

Yassarette A. Valdivia