MICHAEL J. AGUIRRE, City Attorney
ROBERT J. WALTERS, Deputy (CSBN 140741)
   Office of the City Attorney
   1200 Third Avenue, Suite 1100
   San Diego, California 92101-4100
   Telephone: (619) 533-5800
   Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>    Defendants. | Case No. 07cv2305-LAB-PCL<br><br>**NOTICE OF MOTION AND DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Fed. R. Civ. P. Rule 12(b)(1), (6)]<br><br>**Judge:**   Hon. Larry Alan Burns<br>**Date:**    February 25, 2008<br>**Time:**    10:30 a.m.<br>**Dept.:**   Courtroom 9, 2nd Floor<br><br>Complaint filed: December 7, 2007 |

TO: PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

    **PLEASE TAKE NOTICE** that on February 25, 2008, at 10:30 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Larry A. Burns, United States

1

1  District Court Judge, Courtroom 9, located at the United States District Court for the Southern
2  District of California, 940 Front Street, San Diego, California, 92101, Defendant CITY OF SAN
3  DIEGO, and Defendants CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE
4  DEPARTMENT ("NCCD") (collectively "the City"), as well as Defendants Mayor JERRY
5  SANDERS ("Sanders"), City Council Members SCOTT PETERS ("Peters"), KEVIN
6  FAULCONER ("Faulconer"), TONI ATKINS ("Atkins"), TONY YOUNG ("Young"), BRIAN
7  MAIENSHCEIN [sic] ("Maienschein"), DONNA FRYE ("Frye"), JIM MADAFFER
8  ("Madaffer"), BEN HUESO ("Hueso"), NCC Director MARCIA SAMUELS ("Samuels"), NCC
9  Land Development Investigator PAMELA JONES ("Jones"), and City Attorney MICHAEL J.
10 AGUIRRE ("Aguirre")(Sanders, Peters, Faulconer, Atkins, Young, Maienschein, Frye, Madaffer,
11 Hueso, Samuels, Jones and Aguirre are collectively referred to as "City Officials") ("City" and
12 "City Officials" are collectively referred to as "City Defendants"), will move, and hereby moves,
13 this Court to dismiss the complaint against the City Defendants pursuant to Rule 12(b)(1) and (6)
14 of the Federal Rules of Civil Procedure.

For the reasons set forth in the attached Memorandum in Support of this Motion, incorporated herein by reference and on the records and files in the case and on such additional argument as may be presented at hearing, said City Defendants respectfully request that the Complaint in this matter be dismissed.

Respectfully submitted,

Dated: January 15, 2008

MICHAEL J. AGUIRRE, City Attorney

By /S/
   ROBERT J. WALTERS
   Deputy City Attorney

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE