MICHAEL J. AGUIRRE, City Attorney
ROBERT J. WALTERS, Deputy (CSBN 140741)
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 07cv2305-LAB-PCL<br><br>**DECLARATION OF ROBERT J. WALTERS IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[FRCP Rule 56]**<br><br>**Judge:** Hon. Larry Alan Burns<br>**Date:** February 25, 2008<br>**Time:** 10:30 a.m.<br>**Dept.:** Courtroom 9, 2nd Floor<br><br>Complaint filed: December 7, 2007 |

/ / /

I, Robert J. Walters, declare:

1. I am employed as a deputy city attorney for the City of San Diego, and am the attorney assigned to represent the Defendants Defendant CITY OF SAN DIEGO, and Defendants CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT ("NCCD") (collectively "the City"), as well as Defendants Mayor JERRY SANDERS ("Sanders"), City Council Members SCOTT PETERS ("Peters"), KEVIN FAULCONER ("Faulconer"), TONI ATKINS ("Atkins"), TONY YOUNG ("Young"), BRIAN MAIENSHCEIN [sic] ("Maienschein"), DONNA FRYE ("Frye"), JIM MADAFFER ("Madaffer"), BEN HUESO ("Hueso"), NCC Director MARCIA SAMUELS ("Samuels"), NCC Land Development Investigator PAMELA JONES ("Jones"), and City Attorney MICHAEL J. AGUIRRE ("Aguirre")(Sanders, Peters, Faulconer, Atkins, Young, Maienschein, Frye, Madaffer, Hueso, Samuels, Jones and Aguirre are collectively referred to as "City Officials"), in the above-entitled lawsuit. I am licensed to practice in the State of California. This declaration is based upon my personal knowledge, and if called as a witness, with respect to the matters contained herein, could and would competently testify thereto.

2. I have attached to the REQUEST FOR JUDICAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION("Defendants' Request for Judicial Notice"), a true and correct copy of the following:

a. San Diego Municipal Code, and in particular the following provisions: Section 131.0406, Section 131.0420, Section 131.0422, and 141.0412(a)(3). A true and correct copy of which is attached to Defendants' Request for Judicial Notice as **Exhibit A**.

b. Selected pages taken from the PBUMC website, a true and correct copy of which is attached to Defendants' Request for Judicial Notice as **Exhibit B**.

c. A page from the website of the California Secretary of State regarding the Welcome Door Foundation, a true and correct copy of which is attached to Defendants' Request for Judicial Notice as **Exhibit C**.

/ / /

d. Selected pages taken from the Welcome Door website, a true and correct copy of which is attached to Defendants' Request for Judicial Notice as **Exhibit D**.

e. Welcome Door tax returns for the years 2003 and 2004 obtained from the Foundation Center, a true and correct copy of which is attached to Defendants' Request for Judicial Notice as **Exhibit E**.

I declare under penalty of perjury of the laws of California that the foregoing is true and correct and that this declaration was executed on February 11th, 2008, at San Diego, California.

Robert J. Walters