MICHAEL J. AGUIRRE, City Attorney
ROBERT J. WALTERS, Deputy (CSBN 140741)
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 07cv2305-LAB-PCL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[FRCP Rule 56]**<br><br>**Judge:** Hon. Larry Alan Burns<br>**Date:** February 25, 2008<br>**Time:** 10:30 a.m.<br>**Dept.:** Courtroom 9, 2nd Floor<br><br>Complaint filed: December 7, 2007 |

///

///

Defendant CITY OF SAN DIEGO, and Defendants CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT ("NCCD") (collectively "the City"), as well as Defendants Mayor JERRY SANDERS ("Sanders"), City Council Members SCOTT PETERS ("Peters"), KEVIN FAULCONER ("Faulconer"), TONI ATKINS ("Atkins"), TONY YOUNG ("Young"), BRIAN MAIENSHCEIN [sic] ("Maienschein"), DONNA FRYE ("Frye"), JIM MADAFFER ("Madaffer"), BEN HUESO ("Hueso"), NCC Director MARCIA SAMUELS ("Samuels"), NCC Land Development Investigator PAMELA JONES ("Jones"), and City Attorney MICHAEL J. AGUIRRE ("Aguirre")(Sanders, Peters, Faulconer, Atkins, Young, Maienschein, Frye, Madaffer, Hueso, Samuels, Jones and Aguirre are collectively referred to as "City Officials"), pursuant to Federal Rules of Evidence Rule 201, hereby submit their request for judicial notice in support of their joint opposition to the motion for preliminary injunction. of Plaintiffs PACIFIC BEACH UNIFIED METHODIST CHURCH [sic] ("PBUMC") and APRIL HERRON ("Herron").

1. San Diego Municipal Code, and in particular the following provisions: Section 131.0406, Section 131.0420, Section 131.0422, and 141.0412(a)(3). All of the referenced sections are highlighted for ease of review. A true and correct copy of which is attached hereto as **Exhibit A**.

2. Selected pages taken from the PBUMC website, which can be accessed via http://www.pbumc.org/ and http://www.pbumc.org/outreach.htm. A true and correct copy of such pages is attached hereto as **Exhibit B**.

3. A page from the California Secretary of State website of the "Welcome Door Foundation" business search that identifies all registered corporations in the state, which can be accessed by http://kepler.sos.ca.gov/corpdata/ShowAllList?QueryCorpNumber=C2284841, a true and correct copy of such page is attached hereto as **Exhibit C**.

4. Selected pages taken from the Welcome Door Foundation website, which can be accessed via http://www.thewelcomedoor.org/. A true and correct copy of such pages is attached hereto as **Exhibit D**.

///

5. Welcome Door Foundation tax returns for the years 2003 and 2004 obtained from the Foundation Center, which can be accessed at http://foundationcenter.org/, and in particular through a search of the "990 Finder," which can be accessed at http://foundationcenter.org/findfunders/990finder/, and by entering "Welcome Door" in the box for "Organization Name." A true and correct copy of such pages is attached hereto as **Exhibit E**.

Dated: February __, 2008

MICHAEL J. AGUIRRE, City Attorney

By /S/
ROBERT J. WALTERS
Deputy City Attorney

Attorneys for Defendants CITY OF SAN DIEGO, CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, JERRY SANDERS, SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, MARCIA SAMUELS, PAMELA JONES, and MICHAEL J. AGUIRRE

# EXHIBIT A

## Article 1: Base Zones

## Division 4: Residential Base Zones

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*
*(Amended 8-1-2007 by O-19650 N.S.; effective 8-31-2007.)*

### §131.0401 Purpose of Residential Zones

The purpose of the residential zones is to provide for areas of residential *development* at various specified densities throughout the City. The residential zones are intended to accommodate a variety of housing types and to encourage the provision of housing for all citizens of San Diego. It is also intended that the residential zones reflect desired *development* patterns in existing neighborhoods while accommodating the need for future growth.
*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

### §131.0402 Purpose of the RE (Residential--Estate) Zones

(a) The purpose of the RE zones is to provide for *single dwelling units* on large *lots* with some accessory agricultural uses. It is intended that this zone be applied to areas that are rural in character, where the retention of low *density* residential *development* is desired.

(b) The RE zones are differentiated based upon applicable development regulations as follows:

- RE-1-1 requires *development* on minimum 10-acre *lots*
- RE-1-2 requires *development* on minimum 5-acre *lots*
- RE-1-3 requires *development* on minimum 1-acre *lots*

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

### §131.0403 Purpose of the RS (Residential--Single Unit) Zones

(a) The purpose of the RS zones is to provide appropriate regulations for the *development* of *single dwelling units* that accommodate a variety of *lot* sizes and residential dwelling types and which promote neighborhood quality, character, and livability. It is intended that these zones provide for flexibility in development regulations that allow reasonable use of property while minimizing adverse impacts to adjacent properties.

(b) The RS zones are differentiated based on the minimum *lot* size and whether the *premises* is located in an urbanized community or a planned or future urbanizing community, as follows:

(1) Urbanized Communities

- RS-1-1 requires minimum 40,000-square-foot *lots*
- RS-1-2 requires minimum 20,000-square-foot *lots*

- RS-1-3 requires minimum 15,000-square-foot *lots*
- RS-1-4 requires minimum 10,000-square-foot *lots*
- RS-1-5 requires minimum 8,000-square-foot *lots*
- RS-1-6 requires minimum 6,000-square-foot *lots*
- RS-1-7 requires minimum 5,000-square-foot *lots*

(2) Planned or Future Urbanizing Communities

- RS-1-8 requires minimum 40,000-square-foot *lots*
- RS-1-9 requires minimum 20,000-square-foot *lots*
- RS-1-10 requires minimum 15,000-square-foot *lots*
- RS-1-11 requires minimum 10,000-square-foot *lots*
- RS-1-12 requires minimum 8,000-square-foot *lots*
- RS-1-13 requires minimum 6,000-square-foot *lots*
- RS-1-14 requires minimum 5,000-square-foot *lots*

*(Added 12-9-1997 by O-18451 N.S.; amended 10-18-1999 by O-18691 N.S.; effective 1-1-2000.)*

**§131.0404 Purpose of the RX (Residential--Small Lot) Zones**

(a) The purpose of the RX zones is to provide for both attached and detached *single dwelling units* on smaller *lots* than are required in the RS zones. It is intended that these zones provide an alternative to *multiple dwelling unit developments* where *single dwelling unit developments* could be developed at similar densities. The RX zone provides for a wide variety of residential *development* patterns.

(b) The RX zones are differentiated based on the minimum *lot* size as follows:

- RX-1-1 requires minimum 4,000-square-foot *lots*
- RX-1-2 requires minimum 3,000-square-foot *lots*

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§131.0405 Purpose of the RT (Residential--Townhouse) Zones**

(a) The purpose of the RT zones is to provide for attached, single-dwelling unit residential *development* on small *lots* with *alley* access. It is intended that these zones provide for more urbanized, single-unit living at densities that are historically more typical of multiple-unit zones. The RT zones provide transition opportunities between single-unit neighborhoods and higher *density* multiple-unit neighborhoods and in some instances may replace multiple-unit zones at similar densities. The RT zones are intended to be applied on subdivided blocks with *alleys* that are within or close to highly urbanized areas, *transit areas*, and redevelopment areas.

(b) The RT zones are differentiated based on the minimum *lot* size as follows:

- RT-1-1 requires minimum 3,500-square-foot *lots*
- RT-1-2 requires minimum 3,000-square-foot *lots*
- RT-1-3 requires minimum 2,500-square-foot *lots*
- RT-1-4 requires minimum 2,200-square-foot *lots*

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§131.0406 Purpose of the RM (Residential--Multiple Unit) Zones**

(a) The purpose of the RM zones is to provide for *multiple dwelling unit development* at varying densities. The RM zones individually accommodate *developments* with similar densities and characteristics. Each of the RM zones is intended to establish *development* criteria that consolidates common development regulations, accommodates specific dwelling types, and responds to locational issues regarding adjacent land uses.

(b) The RM zones are differentiated based on the uses allowed and the permitted *density* as follows:

(1) The following zones permit lower *density multiple dwelling units* with some characteristics of *single dwelling units*:

- RM-1-1 permits a maximum *density* of 1 dwelling unit for each 3,000 square feet of *lot* area
- RM-1-2 permits a maximum *density* of 1 dwelling unit for each 2,500 square feet of *lot* area
- RM-1-3 permits a maximum *density* of 1 dwelling unit for each 2,000 square feet of lot area

(2) The following zones permit medium *density multiple dwelling units*:

- RM-2-4 permits a maximum *density* of 1 dwelling unit for each 1,750 square feet of *lot* area
- RM-2-5 permits a maximum *density* of 1 dwelling unit for each 1,500 square feet of *lot* area
- RM-2-6 permits a maximum *density* of 1 dwelling unit for each 1,250 square feet of lot area

(3) The following zones permit medium *density multiple dwelling units* with limited commercial uses:

- RM-3-7 permits a maximum *density* of 1 dwelling unit for each 1,000 square feet of *lot* area
- RM-3-8 permits a maximum *density* of 1 dwelling unit for each 800 square feet of *lot* area

- RM-3-9 permits a maximum *density* of 1 dwelling unit for each 600 square feet of lot area

(4) The following zones permit urbanized, high *density multiple dwelling units* with limited commercial uses:

- RM-4-10 permits a maximum *density* of 1 dwelling unit for each 400 square feet of *lot* area
- RM-4-11 permits a maximum *density* of 1 dwelling unit for each 200 square feet of lot area

(5) RM-5-12 permits visitor accommodations or medium *density multiple dwelling units* at a maximum *density* of 1 dwelling unit for each 1,000 square feet of lot area.

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

## §131.0415 Where Residential Zones Apply

On the effective date of Ordinance O-18691, all residential zones that were established in Municipal Code Chapter 10, Article 1, Division 4 shall be amended and replaced with the base zones established in this division, as shown in Table 131-04A.

**Table 131-04A**
**Residential Zone Applicability**

| Previous Chapter 10 Residential Zone Replaced With New Residential Zone Established by This Division | |
|---|---|
| **Residential Zone That Existed on December 31 1999.** | **Applicable Zone of This Division** |
| No Existing Zone | RE-1-1 |
| No Existing Zone | RE-1-2 |
| No Existing Zone | RE-1-3 |
| R1-40,000 in Urbanized Communities as of December 31 1999. | RS-1-1 |
| R1-20,000 in Urbanized Communities as of December 31 1999. | RS-1-2 |
| R1-15,000 in Urbanized Communities as of December 31 1999. | RS-1-3 |
| R1-10,000 in Urbanized Communities as of December 31 1999. | RS-1-4 |
| R1-8,000 in Urbanized Communities as of December 31 1999. | RS-1-5 |
| R1-6,000 in Urbanized Communities as of December 31 1999. | RS-1-6 |
| R1-5,000 in Urbanized Communities as of December 31 1999. | RS-1-7 |
| R1-40,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-8 |
| R1-20,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-9 |
| R1-15,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-10 |
| R1-10,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-11 |

| Previous Chapter 10 Residential Zone Replaced With New Residential Zone Established by This Division | |
|---|---|
| **Residential Zone That Existed on December 31 1999.** | **Applicable Zone of This Division** |
| R1-8,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-12 |
| R1-6,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-13 |
| R1-5,000 in Planned Urbanizing Communities and Future Urbanizing Area as of December 31 1999. | RS-1-14 |
| No Existing Zone | RX-1-1 |
| R1-5,000/SLO | RX-1-2 |
| No Existing Zone | RT-1-1 |
| No Existing Zone | RT-1-2 |
| No Existing Zone | RT-1-3 |
| No Existing Zone | RT-1-4 |
| R-3000 | RM-1-1 |
| R-2500 | RM-1-2 |
| R-2000 | RM-1-3 |
| R-1750 | RM-2-4 |
| R-1500 | RM-2-5 |
| R-1250 | RM-2-6 |
| R-1000 | RM-3-7 |
| R-800 | RM-3-8 |
| R-600 | RM-3-9 |
| R-400 | RM-4-10 |
| R-200 | RM-4-11 |
| RV | RM-5-12 |

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

## §131.0420 Use Regulations of Residential Zones

The regulations of Section 131.0422 apply in the residential zones unless otherwise specifically provided by footnotes indicated in Table 131-04B. The uses permitted in any zone may be further limited if *environmentally sensitive lands* are present, pursuant to Chapter 14, Article 3, Division 1 (Environmentally Sensitive Lands Regulations).

(a) Within the residential zones, no *structure* or improvement, or portion thereof, shall be constructed, established, or altered, nor shall any *premises* be used or maintained except for one or more of the purposes or activities listed in Table 131-04B. It is unlawful to establish, maintain, or use any *premises* for any purpose or activity not listed in this section or Section 131.0422.

(b) All uses or activities permitted in the residential zones shall be conducted entirely within an enclosed building unless the use or activity is traditionally conducted outdoors.

(c) *Accessory uses* in the residential zones may be permitted in accordance with Section 131.0125.

(d) Temporary uses may be permitted in the residential zones for a limited period of time with a Temporary Use Permit in accordance with Chapter 12, Article 3, Division 4.

(e) For any use that cannot be readily classified, the City Manager shall determine the appropriate use category and use subcategory pursuant to Section 131.0110.

*(Added 12-9-1997 by O-18451 N.S)(Amended 10-18-1999 by O-18691 N.S.; effective 1-1-2000.)*

## §131.0422 Use Regulations Table for Residential Zones

The uses allowed in the residential zones are shown in the Table 131-04B.

Legend for Table 131-04B

| Symbol In Table 131-04B | Description Of Symbol |
|---|---|
| P | Use or use category is permitted. Regulations pertaining to a specific use may be referenced. |
| L | Use is permitted with limitations, which may include location limitations or the requirement for a use or *development permit*. Regulations are located in Chapter 14, Article 1 (Separately Regulated Use Regulations). |
| N | Neighborhood Use Permit Required. Regulations are located in Chapter 14, Article 1 (Separately Regulated Use Regulations). |
| C | Conditional Use Permit Required. Regulations are located in Chapter 14, Article 1 (Separately Regulated Use Regulations). |
| - | Use or use category is not permitted. |

**Table 131-04B**
**Use Regulations Table of Residential Zones**

| Use Categories/ Subcategories [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator | Zones | | | |
|---|---|---|---|---|---|
| | 1st & 2nd >> | RE- | RS- | RX- | RT- |
| | 3rd >> | 1- | 1- | 1- | 1- |
| | 4th >> | 1 2 3 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | 1 2 | 1 2 3 4 |
| **Open Space** | | | | | |
| **Active Recreation** | | P | P | P | P |
| **Passive Recreation** | | P | P | P | P |
| **Natural Resources Preservation** | | P | P | P | P |
| **Park Maintenance Facilities** | | - | - | - | - |

| **Use Categories/ Subcategories** [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] Zone Designator | **Zones** | | | |
|---|---|---|---|---|
| 1st & 2nd >> | RE- | RS- | RX- | RT- |
| 3rd >> | 1- | 1- | 1- | 1- |
| 4th >> | 1 2 3 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | 1 2 | 1 2 3 4 |
| **Agriculture** | | | | |
| **Agricultural Processing** | - | - | - | - |
| **Aquaculture Facilities** | - | - | - | - |
| **Dairies** | - | - | - | |
| **Horticulture Nurseries & Greenhouses** | - | - | - | - |
| **Raising & Harvesting of Crops** | P[3] | - | - | - |
| **Raising, Maintaining & Keeping of Animals** | P[3][10] | - | - | - |
| **Separately Regulated Agriculture Uses** | | | | |
| Agricultural Equipment Repair Shops | - | - | - | - |
| Commercial Stables | - | - | - | - |
| Community Gardens | N | N | N | N |
| Equestrian Show & Exhibition Facilities | - | - | - | - |
| Open Air Markets for the Sale of Agriculture-Related Products & Flowers | - | - | - | - |
| **Residential** | | | | |
| **Group Living Accommodations** | - | - | - | - |
| ***Mobilehome Parks*** | - | P[1] | P[1] | - |
| ***Multiple Dwelling Units*** | - | - | - | - |
| ***Single Dwelling Units*** | P | P | P | P |
| **Separately Regulated Residential Uses** | | | | |
| *Boarder & Lodger* Accommodations | L | L | L | L |
| Companion Units | L | L | L | L |
| Employee Housing: | | | | |
| 6 or Fewer Employees | L | L | L | L |
| 12 or Fewer Employees | - | - | - | - |
| Greater than 12 Employees | - | - | - | - |
| Fraternities, Sororities and Student Dormitories | - | - | - | - |
| Garage, Yard, & Estate Sales | L | L | L | L |
| Guest Quarters | N | N | N | - |
| Home Occupations | L | L | L | L |
| Housing for Senior Citizens | C | C | C | C |
| Live/Work Quarters | - | - | - | - |
| Residential Care Facilities: | | | | |

| Use Categories/ Subcategories [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator | Zones | | | |
|---|---|---|---|---|---|
| | 1st & 2nd >> | RE- | RS- | RX- | RT- |
| | 3rd >> | 1- | 1- | 1- | 1- |
| | 4th >> | 1 \| 2 \| 3 | 1 \| 2 \| 3 \| 4 \| 5 \| 6 \| 7 \| 8 \| 9 \| 10 \| 11 \| 12 \| 13 \| 14 | 1 \| 2 | 1 \| 2 \| 3 \| 4 |
| 6 or Fewer Persons | | P | P | P | P |
| 7 or More Persons | | C | C | C | C |
| Transitional Housing: | | | | | |
| 6 or Fewer Persons | | P | P | P | P |
| 7 or More Persons | | C | C | C | C |
| Watchkeeper Quarters | | - | - | - | - |
| **Institutional** | | | | | |
| **Separately Regulated Institutional Uses** | | | | | |
| Airports | | - | - | - | - |
| Botanical Gardens & Arboretums | | C | C | C | C |
| Cemeteries, Mausoleums, Crematories | | - | - | - | - |
| *Churches* & Places of Religious Assembly | | C | C | C | C |
| Correctional Placement Centers | | - | - | - | - |
| Educational Facilities: | | | | | |
| Kindergarten through Grade 12 | | C | C | C | C |
| Colleges / Universities | | C | C | C | C |
| Vocational / Trade School | | - | - | - | - |
| Energy Generation & Distribution Facilities | | - | - | - | - |
| Exhibit Halls & Convention Facilities | | - | - | - | - |
| *Flood* Control Facilities | | L | L | L | L |
| *Historical Buildings* Used for Purposes Not Otherwise Allowed | | C | C | C | C |
| Homeless Facilities: | | | | | |
| Congregate Meal Facilities | | - | - | - | - |
| Emergency Shelters | | - | - | - | - |
| Homeless Day Centers | | - | - | - | - |
| Hospitals, Intermediate Care Facilities & Nursing Facilities | | - | - | - | - |
| Interpretive Centers | | - | - | - | - |
| Museums | | C | C | C | C |
| Major Transmission, Relay, or Communications Switching Stations | | - | - | - | - |
| *Satellite Antennas* | | L | L | L | L |
| *Social Service Institutions* | | - | - | - | - |
| *Wireless communication facility:* | | | | | |
| *Wireless communication facility* in the *public right-of-way* with subterranean equipment adjacent to a non-residential use | | L | L | L | L |

| Use Categories/ Subcategories [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator / Zones: 1st & 2nd >> RE- / 3rd >> 1- / 4th >> 1 2 3 | RS- / 1- / 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | RX- / 1- / 1 2 | RT- / 1- / 1 2 3 4 |
|---|---|---|---|---|
| *Wireless communication facility* in the *public right-of-way* with subterranean equipment adjacent to a residential use | N | N | N | N |
| *Wireless communication facility* in the *public right-of-way* with above ground equipment | C | C | C | C |
| *Wireless communication facility* outside the *public right-of-way* | C | C | C | C |
| **Sales** | | | | |
| **Building Supplies & Equipment** | - | - | - | - |
| **Food, Beverages and Groceries** | - | - | - | - |
| **Consumer Goods, Furniture, Appliances, Equipment** | - | - | - | - |
| **Pets & Pet Supplies** | - | - | - | - |
| **Sundries, Pharmaceuticals, & Convenience Sales** | - | - | - | - |
| **Wearing Apparel & Accessories** | - | - | - | - |
| **Separately Regulated Sales Uses** | | | | |
| Agriculture Related Supplies & Equipment | - | - | - | - |
| Alcoholic Beverage Outlets | - | - | - | - |
| Plant Nurseries | - | - | - | - |
| Swap Meets & Other Large Outdoor Retail Facilities | - | - | - | - |
| **Commercial Services** | | | | |
| **Building Services** | - | - | - | - |
| **Business Support** | - | - | - | - |
| **Eating & Drinking Establishments** | - | - | - | - |
| **Financial Institutions** | - | - | - | - |
| **Funeral & Mortuary Services** | - | - | - | - |
| **Maintenance & Repair** | - | - | - | - |
| **Off-Site Services** | - | - | - | - |
| **Personal Services** | - | - | - | - |
| **Radio & Television Studios** | - | - | - | - |
| **Assembly & Entertainment** | - | - | - | - |
| **Visitor Accommodations** | - | - | - | - |
| **Separately Regulated Commercial Services Uses** | | | | |
| Adult Entertainment Establishments: | | | | |
| Adult Book Store | - | - | - | - |
| Adult Cabaret | - | - | - | - |
| Adult Drive-In Theater | - | - | - | - |

| **Use Categories/ Subcategories** [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator | **Zones** | | | |
|---|---|---|---|---|---|
| | 1st & 2nd >> | RE- | RS- | RX- | RT- |
| | 3rd >> | 1- | 1- | 1- | 1- |
| | 4th >> | 1 2 3 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | 1 2 | 1 2 3 4 |
| Adult Mini-Motion Picture Theater | | - | - | - | - |
| Adult Model Studio | | - | - | - | - |
| Adult *Motel* | | - | - | - | - |
| Adult Motion Picture Theater | | - | - | - | - |
| Adult Peep Show Theater | | - | - | - | - |
| Adult Theater | | - | - | - | - |
| Body Painting Studio | | - | - | - | - |
| Massage Establishment | | - | - | - | - |
| Sexual Encounter Establishment | | - | - | - | - |
| Bed & Breakfast Establishments: | | | | | |
| 1-2 Guest Rooms | | N | N | N | - |
| 3-5 Guest Rooms | | N | C | C | - |
| 6+ Guest Rooms | | C | C | - | - |
| Boarding Kennels | | - | - | - | - |
| Camping Parks | | - | - | - | - |
| *Child Care Facilities:* | | | | | |
| Child Care Centers | | C | C | C | C |
| Large Family Day Care Homes | | L | L | L | L |
| Small Family Day Care Homes | | P | P | P | P |
| Eating and Drinking Establishments Abutting Residentially Zoned Property | | - | - | - | - |
| Fairgrounds | | - | - | - | - |
| Golf Courses, Driving Ranges, and Pitch & Putt Courses | | C | C | C | C |
| Helicopter Landing Facilities | | - | - | - | - |
| Instructional Studios | | - | - | - | - |
| Massage Establishments, Specialized Practice | | - | - | - | - |
| Nightclubs & Bars over 5,000 square feet in size | | - | - | - | - |
| Parking Facilities as a *Primary Use*: | | | | | |
| Permanent Parking Facilities | | - | - | - | - |
| Temporary Parking Facilities | | - | - | - | - |
| Private Clubs, Lodges and Fraternal Organizations | | - | - | - | - |
| Privately Operated, Outdoor Recreation Facilities over 40,000 square feet in size(4) | | - | - | - | - |

| Use Categories/ Subcategories [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zones | | | |
|---|---|---|---|---|
| Zone Designator 1st & 2nd >> | RE- | RS- | RX- | RT- |
| 3rd >> | 1- | 1- | 1- | 1- |
| 4th >> | 1 2 3 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | 1 2 | 1 2 3 4 |
| Pushcarts: | | | | |
| Pushcarts on Private Property | - | - | - | - |
| Pushcarts in *public right-of-way* | - | - | - | - |
| Recycling Facilities: | | | | |
| Large Collection Facility | - | - | - | - |
| Small Collection Facility | - | - | - | - |
| Large Construction & Demolition Debris *Recycling Facility* | - | - | - | - |
| Small Construction & Demolition Debris *Recycling Facility* | - | - | - | - |
| Drop-off Facility | - | - | - | - |
| Green Materials Composting Facility | - | - | - | - |
| Mixed Organic Composting Facility | - | - | - | - |
| Large Processing Facility Accepting at Least 98% of Total Annual Weight of Recyclables from Commercial & Industrial Traffic | - | - | - | - |
| Large Processing Facility Accepting All Types of Traffic | - | - | - | - |
| Small Processing Facility Accepting at Least 98% of Total Annual Weight of Recyclables From Commercial & Industrial Traffic | - | - | - | - |
| Small Processing Facility Accepting All Types of Traffic | - | - | - | - |
| Reverse Vending Machines | - | - | - | - |
| Tire Processing Facility | - | - | - | - |
| Sidewalk Cafes | - | - | - | - |
| Sports Arenas & Stadiums | - | - | - | - |
| Theaters that are outdoor or over 5,000 square feet in size | - | - | - | - |
| Urgent Care Facilities | - | - | - | - |
| Veterinary Clinics & Animal Hospitals | - | - | - | - |
| Zoological Parks | - | - | - | - |
| **Offices** | | | | |
| **Business & Professional** | - | - | - | - |
| **Government** | - | - | - | - |
| **Medical, Dental, & Health Practitioner** | - | - | - | - |
| **Regional & Corporate Headquarters** | - | - | - | - |
| **Separately Regulated Office Uses** | | | | |
| Real Estate Sales Offices & Model Homes | L | L | L | L |
| *Sex Offender* Treatment & Counseling | - | - | - | - |

| Use Categories/ Subcategories [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator | Zones | | | |
|---|---|---|---|---|---|
| | 1st & 2nd >> | RE- | RS- | RX- | RT- |
| | 3rd >> | 1- | 1- | 1- | 1- |
| | 4th >> | 1 2 3 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | 1 2 | 1 2 3 4 |
| **Vehicle & Vehicular Equipment Sales & Service** | | | | | |
| **Commercial Vehicle Repair & Maintenance** | | - | - | - | - |
| **Commercial Vehicle Sales & Rentals** | | - | - | - | - |
| **Personal Vehicle Repair & Maintenance** | | - | - | - | - |
| **Personal Vehicle Sales & Rentals** | | - | - | - | - |
| **Vehicle Equipment & Supplies Sales & Rentals** | | - | - | - | - |
| **Separately Regulated Vehicle & Vehicular Equipment Sales & Service Uses** | | | | | |
| Automobile Service Stations | | - | - | - | - |
| Outdoor Storage & Display of New, Unregistered Motor Vehicles as a *Primary Use* | | - | - | - | - |
| **Wholesale, Distribution, Storage** | | | | | |
| **Equipment & Materials Storage Yards** | | - | - | - | - |
| **Moving & Storage Facilities** | | - | - | - | - |
| **Warehouses** | | - | - | - | - |
| **Wholesale Distribution** | | - | - | - | - |
| **Separately Regulated Wholesale, Distribution, and Storage Uses** | | | | | |
| Impound Storage Yards | | - | - | - | - |
| Junk Yards | | - | - | - | - |
| Temporary Construction Storage Yards Located off-site | | N | N | N | N |
| **Industrial** | | | | | |
| **Heavy Manufacturing** | | - | - | - | - |
| **Light Manufacturing** | | - | - | - | - |
| **Marine Industry** | | - | - | - | - |
| **Research & Development** | | - | - | - | - |
| **Trucking & Transportation Terminals** | | - | - | - | - |
| **Separately Regulated Industrial Uses** | | | | | |
| *Hazardous Waste* Research Facility | | - | - | - | - |
| *Hazardous Waste* Treatment Facility | | - | - | - | - |
| Marine Related Uses Within the Coastal Overlay Zone | | - | - | - | - |
| Mining and Extractive Industries | | - | - | - | - |
| Newspaper Publishing Plants | | - | - | - | - |

| **Use Categories/ Subcategories** [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator | **Zones** | | | |
|---|---|---|---|---|---|
| | 1st & 2nd >> | RE- | RS- | RX- | RT- |
| | 3rd >> | 1- | 1- | 1- | 1- |
| | 4th >> | 1 2 3 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | 1 2 | 1 2 3 4 |
| Processing & Packaging of Plant Products & Animal By-products Grown Off-premises | | - | - | - | - |
| Very Heavy Industrial Uses | | - | - | - | - |
| Wrecking & Dismantling of Motor Vehicles | | - | - | - | - |
| ***Signs*** | | | | | |
| **Allowable *Signs*** | | P | P | P | P |
| **Separately Regulated *Signs* Uses** | | | | | |
| Community Identification *Signs* | | N | N | N | N |
| Reallocation of *Sign* Area Allowance | | - | - | - | - |
| Revolving *Projecting Signs* | | - | - | - | - |
| *Signs* with Automatic Changing Copy | | - | - | - | - |
| Theater *Marquees* | | - | - | - | - |

| **Use Categories/ Subcategories** [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] | Zone Designator | **Zones** | | | | |
|---|---|---|---|---|---|---|
| | 1st & 2nd >> | RM- | | | | |
| | 3rd >> | 1- | 2- | 3- | 4- | 5- |
| | 4th >> | 1 2 3 | 4 5 6 | 7 8 9 | 10 11 | 12 |
| **Open Space** | | | | | | |
| **Active Recreation** | | P | P | P | P | P |
| **Passive Recreation** | | P | P | P | P | P |
| **Natural Resources Preservation** | | P | P | P | P | P |
| **Park Maintenance Facilities** | | - | - | - | - | - |
| **Agriculture** | | | | | | |
| **Agricultural Processing** | | - | - | - | - | - |
| **Aquaculture Facilities** | | - | - | - | - | - |
| **Dairies** | | - | - | - | - | - |
| **Horticulture Nurseries & Greenhouses** | | - | - | - | - | - |
| **Raising & Harvesting of Crops** | | - | - | - | - | - |
| **Raising, Maintaining & Keeping of Animals** | | - | - | - | - | - |

| **Use Categories/ Subcategories** [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] — Zone Designator | **Zones** | | | | |
|---|---|---|---|---|---|
| 1st & 2nd >> | RM- | | | | |
| 3rd >> | 1- | 2- | 3- | 4- | 5- |
| 4th >> | 1 / 2 / 3 | 4 / 5 / 6 | 7 / 8 / 9 | 10 / 11 | 12 |
| **Separately Regulated Agriculture Uses** | | | | | |
| Agricultural Equipment Repair Shops | - | - | - | - | - |
| Commercial Stables | - | - | - | - | - |
| Community Gardens | N | N | N | N | - |
| Equestrian Show & Exhibition Facilities | - | - | - | - | - |
| Open Air Markets for the Sale of Agriculture-Related Products & Flowers | - | - | - | - | - |
| **Residential** | | | | | |
| **Group Living Accommodations** | P(7) | P(7) | P(7) | P(7) | P(7) |
| ***Mobilehome Parks*** | P(2) | P(2) | P(2) | P(2) | - |
| ***Multiple Dwelling Units*** | P(5) | P(5) | P(5) | P(5) | P |
| ***Single Dwelling Units*** | P | P | P | P | - |
| **Separately Regulated Residential Uses** | | | | | |
| *Boarder & Lodger* Accommodations | L | L | L | L | L |
| Companion Units | L | L | L | L | L |
| Employee Housing: | | | | | |
| 6 or Fewer Employees | L | L | L | L | - |
| 12 or Fewer Employees | - | - | - | - | - |
| Greater than 12 Employees | - | - | - | - | - |
| Fraternities, Sororities and Student Dormitories | C | C | C | C | - |
| Garage, Yard, & Estate Sales | L | L | L | L | - |
| Guest Quarters | - | - | - | - | - |
| Home Occupations | L | L | L | L | - |
| Housing for Senior Citizens | C | C | C | C | - |
| Live/Work Quarters | - | - | - | - | - |
| Residential Care Facilities: | | | | | |
| 6 or fewer persons | P | P | P | P | - |
| 7 or more persons | C | C | C | C | - |
| Transitional Housing: | | | | | |
| 6 or fewer persons | P | P | P | P | - |
| 7 or more persons | C | C | C | C | - |
| Watchkeeper Quarters | - | - | - | - | - |

| **Use Categories/ Subcategories** [See Section 131.0112 for an explanation and descriptions of the Use Categories, Subcategories, and Separately Regulated Uses] Zone Designator | **Zones** | | | | |
|---|---|---|---|---|---|
| 1st & 2nd >> | RM- | | | | |
| 3rd >> | 1- | 2- | 3- | 4- | 5- |
| 4th >> | 1 \| 2 \| 3 | 4 \| 5 \| 6 | 7 \| 8 \| 9 | 10 \| 11 | 12 |
| **Institutional** | | | | | |
| **Separately Regulated Institutional Uses** | | | | | |
| Airports | - | - | - | - | - |
| Botanical Gardens & Arboretums | C | C | C | C | - |
| Cemeteries, Mausoleums, Crematories | - | - | - | - | - |
| *Churches* & Places of Religious Assembly | P | P | P | P | - |
| Correctional Placement Centers | - | - | - | - | - |
| Educational Facilities: | | | | | |
| Kindergarten through Grade 12 | P | P | P | P | - |
| Colleges / Universities | C | C | C | C | |
| Vocational / Trade School | - | - | - | - | - |
| Energy Generation & Distribution Facilities | - | - | - | C | C |
| Exhibit Halls & Convention Facilities | - | - | - | - | - |
| *Flood* Control Facilities | L | L | L | L | - |
| *Historical Buildings* Used for Purposes Not Otherwise Allowed | C | C | C | C | C |
| Homeless Facilities: | | | | | |
| Congregate Meal Facilities | - | - | C | C | - |
| Emergency Shelters | - | - | C | C | - |
| Homeless Day Centers | - | - | C | C | - |
| Hospitals, Intermediate Care Facilities & Nursing Facilities | C | C | C | C | - |
| Interpretive Centers | - | - | - | - | - |
| Museums | - | - | - | - | - |
| Major Transmission, Relay, or Communications Switching Stations | - | - | - | - | - |
| *Satellite Antennas* | L | L | L | L | L |
| *Social Service Institutions* | - | - | - | - | - |
| *Wireless communication facility:* | | | | | |
| *Wireless communication facility* in the *public right-of-way* with subterranean equipment adjacent to a non-residential use | L | L | L | L | L |
| *Wireless communication facility* in the *public right-of-way* with subterranean equipment adjacent to a residential use | N | N | N | N | N |
| *Wireless communication facility* in the *public right-of-way* with above ground | C | C | C | C | C |

## Article 1: Separately Regulated Use Regulations

### Division 4: Institutional Use Category--Separately Regulated Uses

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§141.0401 Airports**

Airports may be permitted with a Conditional Use Permit decided in accordance with Process Five in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(a) Airports are not permitted within floodplains located in agriculturally zoned areas of the Coastal Overlay Zone.

(b) The *applicant* shall submit a master *development* plan for the facility, a public facilities program, a noise impact analysis, and a noise abatement plan to the decision maker for consideration before approval of the Conditional Use Permit.

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§141.0402 Botanical Gardens and Arboretums**

Botanical gardens and arboretums may be permitted with a Conditional Use Permit decided in accordance with Process Four in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(a) The design of any *structures* shall incorporate a variety of architectural elements that help to diminish building bulk.

(b) *Structures* and parking areas shall be located on the site away from surrounding *development* that is smaller in scale and less intense.

(c) Irrigation and stormwater runoff shall be managed in a manner that protects surrounding *development* from harmful pollutants, including fertilizer and insecticide.

(d) A water reclamation plan is required before approval of the permit.

(e) Off-street parking shall be provided in accordance with Table 142.05F.

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§141.0403 Cemeteries, Mausoleums, and Crematories**

Cemeteries, mausoleums, and crematories may be permitted with a Conditional Use Permit decided in accordance with Process Four in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(a) Cemeteries, mausoleums, and crematories are not permitted in agricultural zones in the future urbanizing area or within floodplains located in agriculturally zoned areas of the Coastal Overlay Zone.

(b) Crematories are permitted only within cemeteries.

(c) The design of the *structures* shall incorporate a variety of architectural elements that help to diminish building bulk.

(d) *Structures* and parking areas shall be located on the site away from surrounding *development* that is smaller in scale and less intense.

(e) Irrigation and stormwater runoff shall be managed in a manner that protects surrounding *development* from harmful pollutants, including fertilizer and insecticide.

(f) A water reclamation plan is required before approval of the permit.

(g) Off-street parking shall be significant to serve the facility without impacting adjacent or nearby property.

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§141.0404 Churches and Places of Religious Assembly**

*Churches* and places of religious assembly are permitted as a limited use in the zones indicated with an "L" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to Section 141.0404(a). *Churches* and places of religious assembly that do not comply with Section 141.0404(a) may be permitted with a Conditional Use Permit decided in accordance with Process Three subject to Section 141.0404(b). *Churches* and places of religious assembly may also be permitted with a Conditional Use Permit decided in accordance with Process Three in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to Section 141.0404(b).

(a) Limited Use Regulations

(1) *Churches* and places of religious assembly are not permitted within the *MHPA* or in *floodplains* located in the Coastal Overlay Zone.

(2) *Churches* and places of religious assembly are permitted as a limited use in existing buildings only.

(3) The *gross floor area* of the *church* or place of religious assembly shall not exceed 50 percent of the maximum *gross floor area* permitted for the *premises*.

(4) The *church* or place of religious assembly shall not be the only use on the *premises*.

(b) Conditional Use Permit Regulations

(1) *Churches* and places of religious assembly are not permitted within the *MHPA* or in *floodplains* located the Coastal Overlay Zone.

(2) The design of the *structures* shall incorporate a variety of architectural elements that help to diminish building bulk.

(3) *Structures* shall be placed on the site so that larger or high-activity buildings are placed away from adjacent property with smaller *structures* and lower levels of activity.

(4) Off-street parking shall be located away from adjacent residential property.

(5) Conditions addressing the following issues may be imposed by the decision maker:

(A) Limitations on the intensity of additional uses, such as *schools* and *child care facilities*, as well as the facilities housing these activities, to a level that is commensurate with the size of the site, the levels of intensity of surrounding *development*, and the capacity of *streets* serving the facility; and

(B) Limitations on the number of on-premises fund-raising or social activities to a specific number of occurrences each year.

*(Added 12-9-1997 by O-18451 N.S.; amended 10-18-1999 by O-18691 N.S.; effective 1-1-2000.)*

## §141.0405 Satellite Antennas

Satellite antennas are permitted as a limited use subject to Section 141.0405(b), and may be permitted with a Neighborhood Use Permit subject to Section 141.0405(c), or with a Conditional Use Permit decided in accordance with Process Three subject to Section 141.0405(d).

(a) Exemption. Satellite *antennas* that are 5 feet in diameter or smaller are permitted in all zones and are exempt from the requirements under Sections 141.0405 and 141.0420.

(b) Limited Use Regulations. Satellite *antennas* that exceed 5 feet in diameter are permitted as a limited use in zones indicated with an "L" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations"

(1) Satellite *antennas* are not permitted within the *MHPA*.

(2) Satellite *antennas* are not permitted on *premises* that have been designated as *historical resources*.

(3) Satellite *antennas* shall not exceed 10 feet in diameter.

(4) Ground-mounted satellite *antennas* shall not exceed 15 feet in *structure* height.

(5) Ground-mounted satellite *antennas* shall not be located in the street yard, front yard, or street side yard of a premises.

(6) Satellite *antennas* shall not be light-reflective.

(7) Satellite *antennas* shall not have any *sign copy* on them nor shall they be illuminated.

(8) Ground-, roof-, and pole-mounted satellite *antennas* shall be screened by fencing, buildings, or parapets that appear to be an integral part of the building, or by landscaping so that not more than 25 percent of the *antenna* height is visible from the grade level of adjacent *premises* and adjacent *public right-of-way*.

(b) The building must be designated as a *historical resource* by the City of San Diego Historical Resources Board before approval of the Conditional Use Permit.

(c) The use of the building shall be compatible with the uses in the surrounding area or shall be consistent with the purpose for which the building was originally designed.

(d) The site shall be maintained in, or restored to, its original or historical appearance, in accordance with Chapter 14, Article 3, Division 2 (Historical Resources Regulations).

(e) Any facilities that are constructed as part of the new use shall be designed to be similar in scale and style with the historical use, in accordance with Chapter 14, Article 3, Division 2 (Historical Resources Regulations).

(f) Hours of operation shall be limited to conform to hours of normal activity in the neighborhood.

(g) The decision maker may waive or modify the base zone regulations for maximum *floor area ratio*.

(h) The decision maker may waive or modify the requirements for off-street parking and landscaping. The *applicant* may be required to preserve existing mature landscaping.

*(Added 12-9-1997 by O-18451 N.S.; effective 1-1-2000.)*

**§141.0412 Homeless Facilities**

(a) This section regulates the following homeless facilities.

(1) Congregate meal facilities: Any facility that provides scheduled meals on a daily basis for individuals or *families* who are homeless or *low income* or *very low income*, as defined in Section 113.0103.

(2) Emergency shelters: Any facility that provides sleeping accommodations and restroom facilities to homeless persons on a day-to-day basis, for periods of thirty days or less.

(A) Emergency shelters which are accessory uses to religious institutions or religious organizations operating for 30 days or less in any 365-day period are exempt from this section.

(3) Homeless day centers: Any facility that provides basic services, including personal hygiene, information and referral, employment, mail, and telephone services, during daylight hours to homeless persons.

(b) Congregate Meal Facilities

Congregate meal facilities may be permitted with a Conditional Use Permit decided in accordance with Process Four in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(1) No more than one congregate meal facility may be permitted within 1/4 mile of an emergency shelter, a homeless day center, or another congregate meal facility, measured from *property line* to *property line* in accordance with Section 113.0225.

(2) Overnight accommodations are not permitted.

(3) Drive-up or drive-through service is not permitted.

(4) Live entertainment is not permitted.

(5) Distribution or consumption of alcoholic beverages on the *premises* is not permitted.

(6) The facility shall provide a waiting area for clients to prevent queuing into the *public right-of-way*. The size of the waiting area shall be at least 5 square feet per client, based on the maximum number of clients the facility can accommodate according to Fire Department standards. Any outdoor waiting area shall be physically separated from the *public right-of-way*.

(7) The facility shall provide off-street parking at a rate of 1 space per full-time-equivalent employee, calculated at 8 hours of working time per employee per 24-hour period.

(8) Hours of operation shall be limited to the hours between 6:00 a.m. and 10:00 p.m.

(9) All activities associated with the facility, including the serving of food and beverages, shall occur within an enclosed building.

(10) The *applicant* shall submit the following materials to the decision maker for consideration:

(A) A communications plan that describes how the provider will communicate with local community, neighborhood, and business organizations, and with adjacent neighbors on a regular basis, and how community issues or concerns will be addressed;

(B) A plan to minimize loitering in the vicinity of the facility; and

(C) A litter control plan to provide for the removal of litter in the vicinity of the facility on a regular basis.

(c) Emergency Shelters

Emergency shelters may be permitted with a Conditional Use Permit decided in accordance with Process Five in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations. Section 112.0509(b) requiring a Planning Commission recommendation, shall not be applicable to emergency shelters.

(1) Emergency shelters are not permitted in the future urbanizing area.

(2) Emergency shelters shall provide at least 35 square feet of sleeping area per bed.

(3) Emergency shelters shall provide a waiting area of at least 10 square feet per bed to accommodate clients and to prevent queuing into the *public right-of-way*. Any outdoor waiting area shall be physically separated from the *public right-of-way*.

(4) Emergency shelters shall provide at least 1 toilet for every 15 beds.

(5) Emergency shelters shall provide off-street parking at a rate of at least 1 space for each full-time-equivalent employee, calculated at 8 hours of working time per employee per 24-hour period.

(6) Hours of operation shall be limited to the hours between 6:00 p.m. and 8:00 a.m.

(7) Emergency shelters shall provide on-site supervision at all times. At least one full-time- equivalent employee shall be provided for every 20 beds.

(8) Living, dining, and *kitchen* areas shall be physically separated from sleeping areas. The shelter shall provide telephone services separate from the office phone in order to provide privacy.

(9) The *applicant* shall submit the following materials to the decision maker for consideration:

(A) A communications plan that describes how the provider will communicate with local community, neighborhood, and business organizations, and with adjacent neighbors on a regular basis, and how community issues or concerns will be addressed;

(B) A loitering control plan to minimize the congregation of overnight residents during daylight hours in the vicinity of the shelter; and

(C) A litter control plan to provide for the removal of litter in the vicinity of the shelter on a regular basis.

(d) Homeless Day Centers

Homeless day centers may be permitted with a Conditional Use Permit decided in accordance with Process Four in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(1) No more than one homeless day center may be permitted within 1/4 mile of an emergency shelter, a congregate meal facility, or another homeless day center, measured from *property line* to *property line* in accordance with Section 113.0225.

(2) Overnight accommodations and meals for transients are not permitted.

(3) The center shall provide off-street parking at a rate of at least 1 space per full-time-equivalent employee, calculated at 8 hours of working time per employee per 24-hour period.

(4) Hours of operation shall be limited to 6:00 a.m. to 6:00 p.m.

(5) The center shall provide on-site supervision at all times. At least one staff member shall be located on the *premises* 24 hours per day.

(6) The *applicant* shall submit the following materials to the decision maker for consideration:

(A) A communications plan that describes how the provider will communicate with local community, neighborhood, and business organizations, and with adjacent neighbors on a regular basis, and how community issues or concerns will be addressed;

(B) A plan to minimize loitering in the vicinity of the facility; and

(C) A litter control plan to provide for the removal of litter in the vicinity of the facility on a regular basis.

*(Amended 7-31-2001 by O-18965 N.S.; effective outside the Coastal Overlay Zone on 8-30-2001; effective within the Coastal Overlay Zone on 12-12-2001.)*

**§141.0413 Hospitals, Intermediate Care Facilities, and Nursing Facilities**

Hospitals, intermediate care facilities, and nursing facilities may be permitted with a Process Four Conditional Use Permit in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(a) These facilities are not permitted in agricultural zones in the future urbanizing area or within *floodplains* located in the Coastal Overlay Zone.

(b) The design of the *structures* shall incorporate a variety of architectural elements that help to diminish building bulk.

(c) The location of larger *structures*, areas of high activity, and parking areas shall be planned to minimize impacts to surrounding *development* that is smaller is scale and less intense.

(d) Access to the site shall be as direct as possible from *freeways*, primary arterials, and major *streets* and shall avoid residential *streets*.

(e) Off-street parking shall be provided in accordance with Table 142-05F.

(f) All storage, service, and repair areas shall be located on the *premises* or *screened* so that they are not visible from adjacent *development* and *public rights-of-way*.

*(Added 12-9-1997 by O-18451 N.S.; amended 10-18-1999 by O-18691 N.S.; effective 1-1-2000.)*

**§141.0414 Interpretive Centers**

Interpretive centers are *structures* or facilities designed to inform and educate the public about the surrounding environment.

Interpretive centers may be permitted with a Conditional Use Permit decided in accordance with Process Four in the zones indicated with a "C" in the Use Regulations Tables in Chapter 13, Article 1 (Base Zones) subject to the following regulations.

(a) The design of the *structures* shall incorporate a variety of architectural elements that help diminish building bulk.

# EXHIBIT B

# Pacific Beach United Methodist Church

®

- Worship
- Fellowship
- Music and Drama
- Youth
- Outreach
- Pastor's Place
- Sermons
- Classes
- Testimonials
- Staff
- Contact Us

## Pacific Beach United Methodist Church

Welcome to Pacific Beach United Methodist Church! We're glad you stopped by for a visit. Whether you found us through mypbchurch.org or pbumc.org, we hope you'll browse through these pages to get a taste of who we are and what we are about. Then come see us in person! We want to be *your* church in Pacific Beach.

## Our Mission

We, the people of Pacific Beach United Methodist Church, affirm that we belong to God in Christ Jesus and to each other in covenant. We are called and empowered by the Holy Spirit to:

- Love and worship God,
- Grow in grace and faith,
- Care for one other, and
- Reach out to others.

Pacific Beach United Methodist Church welcomes all people, regardless of age, race, gender, marital status, physical condition, sexual orientation, ethnic background, or economic situation.

We would love to see *you* this weekend!

## Sunday Schedule

PB UMC offers an Early Risers' Fellowship followed by two identical Sunday worship services at 9:00 am and 10:30 am.

®

*PB UMC has been a place where I have found a home filled with kindred spirits and acceptance in the love of God.*
Tim

Read *all* the quotes now!

We need your feedback about

**8:15 am** Early Risers' Bread of Life Fellowship

**9:00 am** Worship Celebration
Children's Sunday school
Adult spirituality class

**10:30 am** Worship Celebration
Children's Sunday school
Adult Bible study

Nursery care is available from 9:00 am to 11:30 am.

**6:00 pm** RIZE!
Alternative worship opportunity every Sunday evening!

## Location and Directions

**Telephone** (858)274-6573

**Address** 1561 Thomas Avenue
San Diego, CA 92109

**Directions** The church is at the corner of Ingraham and Thomas streets, one block south of Grand, in Pacific Beach. Parking is available adjacent to the church, and on Sundays, in the US Bank parking lot at Ingraham and Grand. (When parking at the bank, please park away from the building and ATM machine.) Display Map

**Email** info@pbumc.org or use the contact form.

## In Memory of Ted Thurston



On Friday, December 14, our beloved brother Ted Thurston went

our web site!
Take the survey

Audio Sermons and Children's Stories!

mypbchurch.org
We're *your* church in Pacific Beach!

home to God. Visit Ted's online memorial at www.tedthurston.com.




For more information on the United Methodist Church, visit the national United Methodist Church site or the regional California-Pacific Annual Conference site. PB UMC is a member of the Reconciling Ministries Network.

Entire site copyright © 2008 by Pacific Beach United Methodist Church, San Diego.

# Outreach

®

- Home
- Worship
- Fellowship
- Music and Drama
- Youth
- Outreach
- Pastor's Place
- Sermons
- Classes
- Testimonials
- Staff
- Contact Us

Pacific Beach United Methodist Church is involved in several programs that seek to reach beyond the walls of the church and into our local and global community. Click on a link to jump to a specific ministry, or scroll down to see them all!

- Wednesday Night Ministry
- Interfaith Shelter Network
- Softball
- Additional Outreach Programs

## *Special Reports*

Click on these links for special reports on recent PB UMC outreach events:

- Pride Report 2007
- Pride Report 2006
- Pride Report 2004
- Pride Report 2002
- Guatemala Report 2002: Mission Accomplished!
- Pride Report 2001
- Pride Report 2000

---

## Wednesday Night Ministry

Pacific Beach United Methodist Church remembers that when Jesus' disciples came to him and said, "Dismiss the crowds, they¹ll be getting hungry," Jesus said, "They don¹t need to go away, YOU give them something to eat." (Matthew 14:13-21)

Every Wednesday evening at 5:30 pm, a free meal is served to hungry and homeless people. The food is donated from various sources, and volunteers set up, serve, and clean up. The number of guests ranges from 75 to 150 people (men, women, and children).

In addition to the meal, PB UMC is host to free medical and dental clinics operated by UCSD. Acupuncture is offered by the Pacific College of Oriental Medicine. Guests sign up to see a practitioner as they enter the social hall for the meal.

Our goal is for our guests to experience caring community, to eat a nutritious meal, and to tend to their health needs. A brief meditation and prayer is offered between first and second servings of the meal.

A partnership has also been established with the Welcome Door Foundation. The Welcome Door Foundation is a San Diego-based 501.C.3 non-profit organization, using a brand new approach to provide healing for the homeless in the Pacific Beach area and its surrounding communities. The Welcome Door Foundation is organized to offer a unique, compassionate environment to the chronically homeless, one which promotes self-healing and provides the basis for learning responsibility, gaining skills, and pursuing new beginnings. Pacific Beach United Methodist Church appreciates Welcome Door's many contributions to its ongoing homeless ministry. For more information, visit the Welcome Door web site.

Volunteers wishing to help serve the meal should arrive at the church at 5:15 to be part of the brief orientation meeting.

---

## Interfaith Shelter Network

Each year, PB UMC welcomes guests into our church as part of the Interfaith Shelter Network program. Guests receive dinner, breakfast, and a warm place to spend the night.

*"My stay at the Interfaith Shelter has been very helpful. All the volunteers are dedicated, generous people. This time has allowed me to get back on my feet and save some money towards rent. Hopefully, I will move into a decent place and get stabilized."* - Diana

INTERFAITH SHELTER NETWORK

*"When I first came to this city, I was broke and destitute, with no job, only one change of clothes and very little hope. The Interfaith Shelter program changed my situation for the better. I got a job working full-time and an entire wardrobe of new clothes. The people who helped us at the churches were very nice and the dinners they fixed and served us were absolutely divine. I am very thankful for your help and hospitality."* - Cecil

---

## Softball

PB UMC sports its own softball team, the Green Flash, that plays in a city league. This program is a fun way to spend time with other church members as well as be out in the community meeting other players and their families.





## Additional Outreach Programs

PB UMC supports several additional outreach programs:

- We support the Christian Community Service Agency in several ways:
  - We donate clothes for the "Back To School" Clothing Drive.
  - We sponsor a family at Christmas time, becoming responsible for gifts and Christmas dinner.
  - We donate food for distribution to hungry clients .
  - We sell scrip as a way of helping to raise funds for the agency.
- We have a missionary partnership with Toshi Yamamoto and Claudia Genung-Yamamoto, both ordained United Methodist clergy. Toshi is with the National Council of Churches in Japan, and Claudia is a pastor.
- We support Metro (United Methodist Urban Ministries) Good Neighbor Centers by supplying food, diapers, and baby formula for distribution to families in need.

To find out more about any outreach program, just contact the church!

Entire site copyright © 2008 by Pacific Beach United Methodist Church, San Diego.

# EXHIBIT C

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JAN 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| **Corporation** | | |
|---|---|---|
| THE WELCOME DOOR FOUNDATION | | |
| **Number:** C2284841 | **Date Filed:** 9/20/2001 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1561 THOMAS AVE | | |
| SAN DIEGO, CA 92109 | | |
| **Agent for Service of Process** | | |
| MARY HERRON | | |
| 732 J AVE | | |
| CORONADO, CA 92118 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT D

# The Welcome Door Foundation

*healing through helping*

Home

Who we are

Programs

Important links

Our plan

Success Stories

Board of Directors

Funding Sources

The Welcome Door Foundation is organized to offer a unique, compassionate environment to the chronically homeless, that promotes self-healing and provides the basis for learning and responsibility gaining skills, and pursuing new beginnings. We strive to be a listening ear and a speaking voice for our clients.



If you have any problems with this site please contact the webmaster

Case 3:07-cv-02305-LAB-NLS Document 22-4 Filed 02/11/2008 Page 41 of 58

# The Welcome Door Foundation

*healing through helping*

## Who We Are

Home

Who we are

Programs

Important links

Our plan

Success Stories

Board of Directors

Funding Sources

The Welcome Door Foundation is organized to offer a unique, compassionate environment to the chronically homeless which promotes self-healing and provides the basis for learning responsibility, gaining skills, and pursuing new beginnings. We strive to be the listening ear and the speaking voice for those in need.

Our successes are measured in individuals fed, treated for medical and dental needs, and by those shepherded through the court systems toward healthy citizenship. We are evolving toward addressing, more comprehensively, the needs of homeless individuals.

There are more than 15,000 homeless people in San Diego County. A fifth of this populations has been homeless for more than 4 years. With an average age of 30, about 1900 of our homeless neighbors are severely mentally ill. 30-40% of the homeless adult population abuse drugs and/or alcohol. About 800 are chronically homeless youth.

The Welcome Door foundation currently offers two programs to address some of the needs of some of our homeless neighbors, particularly those in beach areas.




Home

Who we are

Programs

Important links

Our plan

Success Stories

Board of Directors

Funding Sources

**Wednesday Dinner and Clinic.**

Each Wednesday evening a meal is offered on an open door basis at and in partnership with the Pacific Beach United Methodist Church to the impoverished members of the community. Food is provided by Pacific Beach churches, agencies and businesses. A loyal complement of volunteers assists in serving. Some of the volunteers are from the homeless community. There is an opportunity to sign up to and receive clinical services: medical, dental, and acupuncture, all provided in partnership with local medical schools. Our goal is not only to feed the hungry and restore their health, but also to build a community of trust which can be the basis for the rehabilitation of lives. We currently feed 150 homeless persons each week.



**Advocacy**

A step toward constructive living is the opportunity among homeless citizens for a legal clean slate. Sometimes the punitive consequences of being homeless includes harassment and jail. We facilitate an effort for our guests/client to clear up unresolved legal issues, freeing them from fear and the feeling of unworthiness. Our advocacy includes access to the justice system and offers some hope of moving lives in a positive direction. Should community service be required for restitution for misdemeanors or warrants, wellness training and preventative practices classes and health screening are offered.

**Especially for Women.**

Twice each week our door is open to homeless women. After an optional meal and shower, sessions include group therapy with follow-up counseling, fitness and relaxation classes, self defense, cooking and crafts, job readiness. Hygiene and other personal items are available. Occasionally the women may enjoy lunch in a nearby restaurant. The program design is directed by the women who attend.

**Job Training.**

All of the stipend-paid employees of WDF are either currently homeless, have experienced homelessness, and/or are on the brink of becoming homeless. In most cases, the small stipend that our organization is able to provide is the only source of income for these part-time workers. The experience and self-confidence gained through association with WDF has the potential of leading to market-rate, full-time employment.




TABLE OF CONTENTS

Home
Who we are
Programs
Important links
Our plan
Success Stories
Board of Directors
Funding Sources

**I. Introduction/Executive Summary**

**II. Mission and Vision Statements**

**III. Organization Profile and History**

**IV. Program Goals and Objectives**

**V. Management Goals and Objectives**

**VI. Appendices**

Appendix 1, Women's Program Design
Appendix 2, Residential Program Design
Appendix 3, By-Laws
Appendix 4, Master Calendar

***I. Introduction/Executive Summary***

During December of 2002 The Welcome Door Foundation (WDF) Directors and Advisors gathered for two animated sessions of strategic planning. Following 3 years of very successful service delivery (Wednesday Night Supper and our collaboration with UCSD Medical School's free clinic), we felt it was important to map out our plans for the future.

Directors present for at least one session were Ellen Casey, Robin Kohler, Bill Lee, Vicki Trimble, Chris Westberg, and Mary Herron. Advisors present included Pastor April Herron-Sweet of the Pacific Beach United Methodist Church and Dr. Ellen Beck from UCSD.

One aspect of our program that makes us particularly unique is the involvement of our constituents. The WDF Executive Director, Laurie Leonard, offered program goals that were formulated in dialogue with our constituents. Those same individuals participated in the strategic planning retreat and continue to guide our efforts. Without the presence of Sonja and Billy Cook, Tom Madsen and Janell O'Rourke, Jack Clarke, and John _____, we would miss out on addressing the true needs of the homeless. Our discussions were facilitated by Kate Engler of GDJ Associates, who was invaluable in the production of this document.

We visualized our work in terms of the construction of Billy's House, both in metaphor and reality, and stepped back to contemplate its creation. Our process involved visualization of our goals and then a systematic plan of action to achieve success. We recognized that we have formed a solid foundation for our work with our organization in place. Our programs are the many rooms in our house, and our abundance of new ideas will be our additions and remodeling projects. We have our building materials, and we are underway with our blueprint for success: this Strategic Plan for the Welcome Door Foundation.

This plan is a dynamic document to guide the Board's activities as we look for new opportunities to serve and succeed. It will be revisited at least annually (in November), and will be modified and amended as needed. Our purpose in maintaining the plan is to explain our rationale for activities conducted at WDF.

As we created this document, we came to appreciate many of the unique characteristics that set WDF apart from other agencies:

-- We offer a non-judgmental, compassionate welcome to all who come to our door.

--We have forged a strong and healthy collaboration with our host church and other churches in our community, local medical schools, businesses, and funders.

-- We live our motto: healing through helping....one person at a time.

-- We stress the importance of one on one mentoring.

-- We strive to serve people and solve problems.

Please enjoy this document as a way to understand what we are about at the Welcome Door Foundation and as a way to support our mission. Welcome!

Mary Herron
Chair, WDF

top

## *II. Mission and Vision Statements*

Our vision is a physical environment of healing for the mind, body, and spirit.

The Welcome Door Foundation is organized to offer a unique, compassionate environment to the chronically homeless which promotes self-healing and provides the basis for learning responsibility, gaining skills, and pursuing new beginnings. We strive to be a listening ear and a speaking voice for our clients.

top

## *III. Organization Profile and History*

A core belief at The Welcome Door Foundation (WDF) is that becoming homeless is a trauma from which one must heal in mind, body, and spirit. We endeavor to be nurturers in restoring dignity and self-respect to those who walk through our door.

It has been our experience that a key ingredient in facilitating the empowerment of healing is building trust. We begin by offering a meal each Wednesday evening. As people are personally welcomed they are invited to sign in--last name not required. (This enables us to keep a record of numbers served. We are averaging 100 guests each Wednesday evening). As the food line forms, guests have the opportunity to schedule medical, dental, and acupuncture appointments. These services are made available through a longstanding collaboration with UCSD Medical School and the Pacific College of Oriental Medicine. This is the only access to health care available to many of our service recipients. Guests are entertained and the schedule is maintained by our screening of a first-run movie

Among our success stories is the life-changing experience of dental work to arrest infection and restore the ability to eat and smile! Our dental clinic has provided 53 full sets of dentures to clients at no cost to them. We also are initiating a collaboration with the Lion's Club to offer eye exams and corrective lenses.

Homeless people routinely are ticketed for illegal lodging, open container violations, sleeping in the car, or sleeping on the beach. The police do not issue a bus token with the citation. Thus the cycle begins: a person is cited for a minor infraction, with no incentive or transportation to appear in court, and the citation automatically becomes a warrant for arrest. The fine is now $273. The next police contact results in jail where a person is held in custody until arraignment. The time served is usually 3 days. If multiple tickets are issued and ignored it is not uncommon for a client to do 6 months in jail, which costs the taxpayers in excess of $12,000. There is another way.

On Wednesday after the meal, everyone who has received a citation the previous week signs up for his/her court date. We issue a reminder and agree where to meet. We pick these "offenders" up at the appointed time and place, take them to the courthouse, help them through the system, and finally stand with them before the Judge as a Client Advocate. We then request that community service hours be assigned. Some of those hours are spent supporting WDF programs. Some are spent in health awareness and illness prevention classes organized by WDF. Removing the cloud of legal issues and setting small goals toward social redemption enable a pattern of success as opposed to a cycle of failure.

The San Diego City Attorney's Office has classified our agency as an alternative sentencing program. We also encourage our clients to manage many aspects of the Wednesday night meal program as a gesture of empowerment. The client must show up on time and accept responsibility for past actions and see the value in helping others. We believe this to be a very important first step in the healing process. Since beginning the classes the first week of October 2002, we have had 97 clients attend various classes from hypertension screening, to basic first aid. A portion of the classes actually cover street survival skills such as "When is sick "sick-enough" to seek treatment?" We also use these classes to disburse basic first aid/hygiene items, new socks, and any other personal supplies that we can procure to in some way make life on the street a little easier.

This program is currently run by a very dedicated person. Being a formally homeless drug addict himself, he has become an invaluable part of the program. With the exception of our Executive Director, our organization has no full-time staff, but is voluntarily supported by those who have been redeemed through WDF services, and to whom we pay small stipends as they work toward full recovery.

We serve an average of 10 clients per week and have resolved over 80 citations and warrants. Detailed records are maintained to enable us to determine the success of this program. Ideally, offenses will not be repeated. However we will continue to track and interpret the numbers for reporting to our funders.

Our budget is averaging $3,000 per month with some spikes, such as the cost of insurance, a once per year expense. Our desire to respond to the needs of our homeless population is ever expanding. We have just begun dialogue regarding the redevelopment of adjacent church property for affordable housing, which will enable us to get to a ground level solution for addressing homelessness. Fortunately our program spaces are provided by the Pacific Beach United Methodist Church rent-free, and we have received grants from the California Endowment, the Cal-Pac Conference of Methodism, and from individual board members. We have a grant requests before the Bonner Foundation (to improve the nutritional quality of our meals, for supplies, and for special holiday meals) and Parker Foundation (support for our advocacy program). Our food is currently supplied by neighborhood businesses, churches, and WDF budget funds.

top

## *IV. Program Goals and Objectives*

Our strategic planning process helped us identify the following goals.

**1. Continue to coordinate the Wednesday Dinner for our clients.**

*Short-term objectives:*

- Investigate "faith-based" funding (3/1/03).
--- Meet with Georgia Tate (and other County of SD staff)
--- Attend White House Initiatives workshop

- Improve nutritional quality of the food we serve (5/1/03).
--- Debrief/Reapply for Bonner Foundation funding
--- Investigate San Diego Food Bank resources

- Apply for additional/appropriate grant monies (ongoing).

*Long-term objectives:*

- Offer greater range of services
--- Showers

- Develop "theme-based" services as appropriate (i.e., January/birth certificate month, February/music month, March/art month, etc. or 1st Wednesday/birth certificate day, 2nd Wednesday/music day, 3rd Wednesday/art day).

**2. Continue providing and strengthening advocacy support to our clients.**

*Short-term objectives:*

- Identify/Train appropriate personnel to assist constituents (3/1/03).

- Develop a list of referral agencies for common needs (ongoing).
--- Collaborate with churches, United Way, others.

- Investigate possibility of support from Aging and Independent Services.

- Apply for additional/appropriate grant monies (ongoing).

*Long-term objectives:*

- Expand to include a larger population.
--- See #4 and #6

**3. Continue referrals to our collaborative medical (including vision care), dental, and acupuncture clinics.**

*Short-term objectives:*

- Pursue collaboration with Lion's Club.

- Carefully plan to reapply to Alliance Healthcare Foundation.
--- Meet/Communicate with Ruth Reidel/Linda Lloyd

- Apply to The California Endowment for additional funding ($50K) to continue with existing program and add dental services.

- Apply for additional/appropriate grant monies.

*Long-term objectives:*

- Work with Dr. Ellen Beck to find additional grant monies (The California Endowment) in collaboration with UCSD.

- Add psychiatric services (2004).

**4. Develop a Women's Program. See Appendix 1 - Women's Program Design.**

*Short-term objectives:*

- Develop initial program design.

- Investigate appropriate funding sources.

*Long-term objectives:*

- Find core group of volunteers to teach steps toward independence.
--- Self defense
--- Financial planning
--- Self-help...where to turn to for help
--- Trauma support

**5. Strengthen our mind/body/spirit healing vision by acquiring 2 to 3 bedroom home.**

*Short-term objectives:*

- Meet with PBUMC to evaluate feasibility of collaboration

- Identify potential funding sources.
--- Faith-based funding
--- Community Development Block Grant

- Apply for appropriate grant monies.

*Long-term objectives:*

- Identify the property.
--- Prepare appropriate grant applications

**6. In conjunction with No. 4 above, develop support system and residential program goals for our "transitional" clients. See Appendix 2, Residential Program Design.**

· Medical Needs
· Adult Daily Living Skills
· Family Advocacy
· Legal Advocacy

· Benefits Analyst
· Life Skills Development
· Understanding Technology
· Peer to Peer Counseling
· Employment Readiness
· Achieving Balance

*Long-term objectives:*

- Apply for appropriate grant monies.

top

## *V. Management Goals and Objectives*

**1. Develop a sustainability plan.**

- Develop master calendar of funding cycles, required reports, etc.

- Develop methods for tracking:
--- Cash flow
--- Data to support our grant writing

- Provide training to staff and board on the importance of networking to:
--- Identify additional funding sources
--- Find new collaborators
--- Etc.

- Conduct post-mortum on unsuccessful grant requests.
--- Debrief on all requests

**2. Refine by-laws to incorporate expansion of the program.**

**3. Hire a part-time administrative coordinator for general office duties.**

- Track grant requirements (reporting).

**4. Determine our staffing priorities**

- Develop job descriptions.

**5. Further develop our "story" for potential funders?**

-- What do we want to do?
-- How are we going to do it?
-- How do we measure it? Track it?

**6. Develop website**

top

## *VI. Appendices*

Appendix 1 - Women's Program Design
Appendix 2 - Residential Program Design
Appendix 3 - By-Laws
Appendix 4 - Master Calendar

*Appendix 1*
**Women's Program Design**

Violent crime
Victim's assistance
Health/Hygiene issues
Assertiveness training

top

*Appendix 2*
**Residential Program Design**

**Medical Needs**

- Continue collaboration with UCSD
- Expand dental services
- Add psychiatric services
- Add vision services

*Immediate action plan:*

-- Collaborative grant writing to find initial program funding for psychiatric services (up to $20K this year).

-- Collaborative grant writing to fund more dental, and follow-up medical care ( up to $30K this year).

**Adult Daily Living Skills**

- Learning how to live indoors (manners)
- Hygiene
- Nutrition

*Immediate action plan:*

-- Improve nutrition at Wednesday night supper: Contact San Diego Food Bank and others for ideas

**Family Advocacy**

- Reconcile with family
- Family liaison on staff
- Some travel budget

*Immediate action plan:*

Find the appropriate professional to support us on a start-up basis (LCSW or equivalent).

**Legal Advocacy**

- Continue court program
- Advocate for supervised visitation
- Bankruptcy counseling
- Back filing with IRS for tax refunds

*Immediate action plan:*

- Look for "Billy bucks."
- Try to identify an attorney to advise us on a pro-bono basis re: these topics.

**Benefits Analyst**

- Assist clients with eligibility requirements
- Guide clients through the social service maze

*Immediate action plan:*

- Work with Janelle to set up administrative support program.

**Life Skills Development**

- Turning survival skills into social skills
- Defining healthy relationships
- Bereavement therapy
- Dealing with being a victim of violence

*Immediate action plan:*

**Understanding Technology**

- ATM cards
- Basic internet skills
- Learning the lingo
- Faxing

*Immediate action plan:*

**Peer to Peer Counseling**

- Dealing with your demons
- Dealing with guilt
- Making amends
- Victims of violent crimes
- Perpetrators of violent crime
- Cheerleading

*Immediate action plan:*

**Employment Readiness**

- Interview skills
- Resume writing
- Vocabulary development
- Basic computer skills

*Immediate action plan:*

**Achieving Balance**

- What is balance?
- How to identify your red flags
- Time structure
- Hobbies
- Healthy mindless pursuits
- Guatemala project participation

*Immediate action plan:*

top

*Appendix 3*
**By-Laws**

# EXHIBIT E

FOUNDATION CENTER
Knowledge to build on.

Home | Profile | Search | Site Map | Ask Us
About Us | Locations | Newsletters | Press Room | PND

Get Started | Find Funders | Gain Knowledge | View Events | Shop

FIND FUNDERS

**Fact Finder**
- Foundation Finder
- 990 Finder
- Trend Tracker

**Identify Funding Sources**
- Foundation Directory Online
- Corporate Giving Online
- Foundation Grants to Individuals Online
- Print and CD Funding Directories
- Requests for Proposals
- Associates Program

**Related Tools**
- Common Grant Application Forms
- Prospect Worksheets
- Grants Classification

**Check Statistics**
- Top Funders
- Grantmaker Stats
- Grants Stats

**Local Resources**
- Atlanta
- Cleveland
- New York
- San Francisco
- Washington, DC
- Cooperating Collections

# 990 Finder

Your query: **( Organization Name: *welcome door* , State: *"CA"* , Zip: None Chosen , EIN: None Chosen , Fiscal Year: None Chosen )**

2 documents matched. 2 documents displayed.

| ORGANIZATION NAME | STATE | YEAR | TOTAL ASSETS | FORM | PAGES | EIN |
|---|---|---|---|---|---|---|
| **Welcome Door Foundation** | CA | 2004 | $8,627 | 990EZ | 5 | 33-0958975 |
| **Welcome Door Foundation** | CA | 2003 | $141 | 990EZ | 3 | 33-0958975 |

## Search Again

Forms are provided in Adobe® Portable Document Format (PDF). Download a copy of the **Adobe Acrobat Reader**.

foundationcenter.org

©2006 Foundation Center
All Rights Reserved.

Form **990-EZ**

Department of the Treasury
Internal Revenue Service

# Short Form
# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

▶ For organizations with gross receipts less than $100,000 and total assets less than $250,000 at the end of the year

▶ The organization may have to use a copy of this return to satisfy state reporting requirements

OMB No 1545-1150

**2004**

**Open to Public Inspection**

A For the 2004 calendar year, or tax year beginning January 1, 2004, and ending December 31, 20 04

B Check if applicable
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Final return
- ☐ Amended return
- ☐ Application pending

Please use IRS label or print or type. See Specific Instructions.

C Name of organization
The Welcome Door Foundation

Number and street (or P O box, if mail is not delivered to street address) | Room/suite
1561 Thomas Avenue

City or town, state or country, and ZIP + 4
San Diego, CA 92109

D Employer identification number
33 : 0958975

E Telephone number
( 619 ) 865-5829

F Group Exemption Number ▶

• *Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).*

G Accounting method ☑ Cash ☐ Accrual
Other (specify) ▶

H Check ▶ ☐ if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

I Website: ▶ www.thewelcomedoor.org

J Organization type (check only one)— ☑ 501(c) ( 3 ) ◀(insert no) ☐ 4947(a)(1) or ☐ 527

K Check ▶ ☐ if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data Some states require a complete return.

L Add lines 5b, 6b, and 7b, to line 9 to determine gross receipts, if $100,000 or more, file Form 990 instead of Form 990-EZ . ▶ $ 60,691

**Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances** (See page 37 of the instructions.)

| | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Revenue | 1 | Contributions, gifts, grants, and similar amounts received | | | 1 | 60,691 |
| | 2 | Program service revenue including government fees and contracts | | | 2 | |
| | 3 | Membership dues and assessments | | | 3 | |
| | 4 | Investment income | | | 4 | |
| | 5a | Gross amount from sale of assets other than inventory | 5a | | | |
| | b | Less: cost or other basis and sales expenses | 5b | | | |
| | c | Gain or (loss) from sale of assets other than inventory (line 5a less line 5b) (attach schedule). | | | 5c | |
| | 6 | Special events and activities (attach schedule). If any amount is from gaming, check here ▶ ☐ | | | | |
| | a | Gross revenue (not including $ ______ of contributions reported on line 1) | 6a | | | |
| | b | Less: direct expenses other than fundraising expenses | 6b | | | |
| | c | Net income or (loss) from special events and activities (line 6a less line 6b) | | | 6c | |
| | 7a | Gross sales of inventory, less returns and allowances | 7a | | | |
| | b | Less: cost of goods sold | 7b | | | |
| | c | Gross profit or (loss) from sales of inventory (line 7a less line 7b) | | | 7c | |
| | 8 | Other revenue (describe ▶ ) | | | 8 | |
| | 9 | Total revenue (add lines 1, 2, 3, 4, 5c, 6c, 7c, and 8) ▶ | | | 9 | 60,691 |
| Expenses | 10 | Grants and similar amounts paid (attach schedule) | | | 10 | |
| | 11 | Benefits paid to or for members | | | 11 | 14,704 |
| | 12 | Salaries, other compensation, and employee benefits | | | 12 | |
| | 13 | Professional fees and other payments to independent contractors | | | 13 | 31,770 |
| | 14 | Occupancy, rent, utilities, and maintenance | | | 14 | 5,590 |
| | 15 | Printing, publications, postage, and shipping | | | 15 | |
| | 16 | Other expenses (describe ▶ ) | | | 16 | |
| | 17 | **Total expenses** (add lines 10 through 16) ▶ | | | 17 | 52,064 |
| Net Assets | 18 | Excess or (deficit) for the year (line 9 less line 17) | | | 18 | 8,627 |
| | 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | | | 19 | 141 |
| | 20 | Other changes in net assets or fund balances (attach explanation) | | | 20 | |
| | 21 | Net assets or fund balances at end of year (combine lines 18 through 20) ▶ | | | 21 | 8,768 |

**Part II Balance Sheets**—If Total assets on line 25, column (B) are $250,000 or more, file Form 990 instead of Form 990-EZ.

| (See page 40 of the instructions.) | (A) Beginning of year | | (B) End of year |
|---|---|---|---|
| 22 Cash, savings, and investments | 141 | 22 | 8,627 |
| 23 Land and buildings | | 23 | |
| 24 Other assets (describe ▶ ) | | 24 | |
| 25 **Total assets** | 141 | 25 | 8,627 |
| 26 **Total liabilities** (describe ▶ ) | | 26 | |
| 27 **Net assets or fund balances** (line 27 of column (B) must agree with line 21) | 141 | 27 | 8,627 |

**For Privacy Act and Paperwork Reduction Act Notice, see the separate Instructions.** Cat No 10642I Form **990-EZ** (2004)

RECEIVED MAY 16 2005 OGDEN, UT 716

SCANNED JUL 11 2005

26-7

18

**Part III** **Statement of Program Service Accomplishments** (See page 41 of the instructions.)

What is the organization's primary exempt purpose? **Assistance to the chronic homeless**

Describe what was achieved in carrying out the organization's exempt purposes. In a clear and concise manner, describe the services provided, the number of persons benefited, or other relevant information for each program title.

**Expenses** (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts, optional for others.)

| Line | Description | Grants | Line | Expenses |
|---|---|---|---|---|
| 28 | **Wednesday Night Meal Program – 7210 meals annually** **Medical services** | (Grants $ 23,000) | 28a | 23,000 |
| 29 | **Women Only Program – 387 client contacts** **Weekday breakfasts, hygene facilities** | (Grants $ 28,000) | 29a | 28,000 |
| 30 | | (Grants $ ) | 30a | |
| 31 | Other program services (attach schedule) | (Grants $ ) | 31a | |
| 32 | **Total program service expenses** (add lines 28a through 31a) ▶ | | 32 | 51,000 |

**Part IV** **List of Officers, Directors, Trustees, and Key Employees** (List each one even if not compensated. See page 41 of the instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| **Mary Herron, President** **1561 Thomas Avenue, San Diego, CA 92109** | 16 | 0 | 0 | 0 |
| **Cassandra Prescott, Treasurer** **1561 Thomas Avenue, San Diego, CA 92109** | 4 | 0 | 0 | 0 |
| | | | | |

**Part V** **Other Information** (Note the attachment requirement in General Instruction V, page 14.)

| Line | Question | Yes | No |
|---|---|---|---|
| 33 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | | ✔ |
| 34 | Were any changes made to the organizing or governing documents but not reported to the IRS? If "Yes," attach a conformed copy of the changes | | ✔ |
| 35 | *If the organization had income from business activities, such as those reported on lines 2, 6, and 7 (among others), but not reported on Form 990-T, attach a statement explaining your reason for not reporting the income on Form 990-T.* | | |
| a | Did the organization have unrelated business gross income of $1,000 or more or 6033(e) notice, reporting, and proxy tax requirements? | | ✔ |
| b | If "Yes," has it filed a tax return on **Form 990-T** for this year? | | ✔ |
| 36 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? (If "Yes," attach a statement.) | | ✔ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions. ▶ 37a | | |
| b | Did the organization file **Form 1120-POL** for this year? | | ✔ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still unpaid at the start of the period covered by this return? | | ✔ |
| b | If "Yes," attach the schedule specified in the line 38 instructions and enter the amount involved 38b | | |
| 39 | *501(c)(7) organizations.* Enter: a Initiation fees and capital contributions included on line 9 39a | | |
| b | Gross receipts, included on line 9, for public use of club facilities 39b | | |
| 40a | *501(c)(3) organizations.* Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ ______, section 4912 ▶ ______, section 4955 ▶ ______ | | |
| b | *501(c)(3) and (4) organizations.* Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach an explanation. | | ✔ |

c Amount of tax imposed on organization managers or disqualified persons during the year under 4912, 4955, and 4958 ▶ ______

d Enter: Amount of tax on line 40c, above, reimbursed by the organization ▶ ______

41 List the states with which a copy of this return is filed. ▶ ______

42 The books are in care of ▶ **Mary Herron, President** Telephone no. ▶ **(619) 865-5829**

Located at ▶ **1561 Thomas Avenue, San Diego, CA** ZIP + 4 ▶ **92109**

43 *Section 4947(a)(1) nonexempt charitable trusts filing Form 990-EZ in lieu of Form 1041*—Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year ▶ 43 [redacted]

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, i[redacted] and belief, it is true, correct, and complete. Declaration of preparer (c[redacted]

▶ [signature] Signature of officer [redacted]

▶ **Mary Herron, President** Type or print name and title [redacted]

**Paid Preparer's Use Only**

Preparer's signature ▶ [redacted]

Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ [redacted]

**SCHEDULE A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

**(Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust**

**Supplementary Information—(See separate instructions.)**

▶ **MUST be completed by the above organizations and attached to their Form 990 or 990-EZ**

OMB No 1545-0047

**2004**

Name of the organization: **The Welcome Door Foundation**

**Employer identification number:** 33 : 0958975

## Part I Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees

(See page 1 of the instructions. List each one. If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total number of other employees paid over $50,000 . . . . . . . . . . . . . ▶ | | | | |

## Part II Compensation of the Five Highest Paid Independent Contractors for Professional Services

(See page 2 of the instructions. List each one (whether individuals or firms). If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services . . . . . . . . ▶ | | |

## Part III Statements About Activities (See page 2 of the instructions.)

| | | | Yes | No |
|---|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? If "Yes," enter the total expenses paid or incurred in connection with the lobbying activities ▶ $ ________ (Must equal amounts on line 38, Part VI-A, or line i of Part VI-B) | 1 | | ✔ |
| | Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking "Yes" must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | | |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any substantial contributors, trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary? *(If the answer to any question is "Yes," attach a detailed statement explaining the transactions.)* | | | |
| a | Sale, exchange, or leasing of property? | 2a | | ✔ |
| b | Lending of money or other extension of credit? | 2b | | ✔ |
| c | Furnishing of goods, services, or facilities? | 2c | ✔ | |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)? | 2d | | ✔ |
| e | Transfer of any part of its income or assets? | 2e | | ✔ |
| 3a | Do you make grants for scholarships, fellowships, student loans, etc.? (If "Yes," attach an explanation of how you determine that recipients qualify to receive payments.) | 3a | | ✔ |
| b | Do you have a section 403(b) annuity plan for your employees? | 3b | | ✔ |
| 4a | Did you maintain any separate account for participating donors where donors have the right to provide advice on the use or distribution of funds? | 4a | | ✔ |
| b | Do you provide credit counseling, debt management, credit repair, or debt negotiation services? | 4b | | ✔ |

## Part IV Reason for Non-Private Foundation Status (See pages 3 through 6 of the instructions.)

The organization is not a private foundation because it is: (Please check only **ONE** applicable box.)

5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i)

6 ☐ A school. Section 170(b)(1)(A)(ii) (Also complete Part V.)

7 ☐ A hospital or a cooperative hospital service organization Section 170(b)(1)(A)(iii).

8 ☐ A Federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v)

9 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). **Enter the hospital's name, city, and state** ▶ ____________

10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit Section 170(b)(1)(A)(iv) (Also complete the **Support Schedule** in Part IV-A.)

11a ☐ An organization that normally receives a substantial part of its support from a governmental unit or from the general public Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

11b ☐ A community trust Section 170(b)(1)(A)(vi). (Also complete the **Support Schedule** in Part IV-A.)

12 ☑ An organization that normally receives: **(1) more than 33⅓%** of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc., functions—subject to certain exceptions, and **(2) no more than 33⅓%** of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the **Support Schedule** in Part IV-A.)

13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: **(1)** lines 5 through 12 above, or **(2)** section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2) (See section 509(a)(3).)

Provide the following information about the supported organizations. (See page 5 of the instructions.)

| **(a)** Name(s) of supported organization(s) | **(b)** Line number from above |
|---|---|
| | |
| | |

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See page 5 of the instructions.)

**Part IV-A** **Support Schedule** (Complete only if you checked a box on line 10, 11, or 12.) ***Use cash method of accounting.***

**Note:** *You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.*

| **Calendar year (or fiscal year beginning in)** ▶ | (a) 2003 | (b) 2002 | (c) 2001 | (d) 2000 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | 52,436 | | | | 52,436 |
| 16 Membership fees received | | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is related to the organization's charitable, etc., purpose | | | | | |
| 18 Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975 | | | | | |
| 19 Net income from unrelated business activities not included in line 18 | | | | | |
| 20 Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21 The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| 22 Other income Attach a schedule Do not include gain or (loss) from sale of capital assets | | | | | |
| 23 Total of lines 15 through 22 | 52,436 | | | | 52,436 |
| 24 Line 23 minus line 17 | 52,436 | | | | 52,436 |
| 25 Enter 1% of line 23 | 524 | | | | |

26 **Organizations described on lines 10 or 11:** a Enter 2% of amount in column (e), line 24 ▶ 26a

b Prepare a list for your records to show the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 2000 through 2003 exceeded the amount shown in line 26a. **Do not file this list with your return.** Enter the total of all these excess amounts ▶ 26b

c Total support for section 509(a)(1) test: Enter line 24, column (e) ▶ 26c

d Add: Amounts from column (e) for lines: 18 ______ 19 ______ 22 ______ 26b ______ ▶ 26d

e Public support (line 26c minus line 26d total) ▶ 26e

f **Public support percentage (line 26e (numerator) divided by line 26c (denominator))** ▶ 26f %

27 **Organizations described on line 12:** a For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," prepare a list for your records to show the name of, and total amounts received in each year from, each "disqualified person." **Do not file this list with your return.** Enter the sum of such amounts for each year

(2003) None (2002) ______ (2001) ______ (2000) ______

b For any amount included in line 17 that was received from each person (other than "disqualified persons"), prepare a list for your records to show the name of, and amount received for each year, that was more than the larger of (1) the amount on line 25 for the year or (2) $5,000 (Include in the list organizations described in lines 5 through 11, as well as individuals ) **Do not file this list with your return.** After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year

(2003) ______ (2002) ______ (2001) ______ (2000) ______

c Add: Amounts from column (e) for lines: 15 ______ 16 ______ 17 ______ 20 ______ 21 ______ ▶ 27c

d Add Line 27a total ______ and line 27b total ______ ▶ 27d

e Public support (line 27c total minus line 27d total) ▶ 27e

f Total support for section 509(a)(2) test: Enter amount from line 23, column (e) ▶ 27f

g **Public support percentage (line 27e (numerator) divided by line 27f (denominator))** ▶ 27g %

h **Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator))** ▶ 27h %

28 **Unusual Grants:** For an organization described in line 10, 11, or 12 that received any unusual grants during 2000 through 2003, prepare a list for your records to show, for each year, the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. **Do not file this list with your return.** Do not include these grants in line 15.

Form **990-EZ**

Department of the Treasury
Internal Revenue Service

# Short Form
# Return of Organization Exempt From Income Tax

**Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)**

▶ For organizations with gross receipts less than $100,000 and total assets less than $250,000 at the end of the year.

▶ *The organization may have to use a copy of this return to satisfy state reporting requirements.*

OMB No 1545-1150

**2003**

**Open to Public Inspection**

**A For the 2003 calendar year, or tax year beginning** January , 2003, and ending December , 20 03

| | | |
|---|---|---|
| **B** Check if applicable: ☐ Address change ☐ Name change ☑ Initial return ☐ Final return ☐ Amended return ☐ Application pending | **C** Name of organization: The Welcome Door Foundation<br>Number and street (or P O box, if mail is not delivered to street address) / Room/suite: 1561 Thomas Ave<br>City or town, state or country, and ZIP + 4: San Diego, CA 92109<br>(Please use IRS label or print or type. See Specific Instructions.) | **D** Employer identification number: 33 : 0958975<br>**E** Telephone number: ( 619 ) 347-6039<br>**F** Group Exemption Number ▶ |

• *Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).*

**G** Accounting method ☑ Cash ☐ Accrual Other (specify) ▶

**H** Check ▶ ☑ if the organization is **not** required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**I Website:** ▶ www.thewelcomedoor.org

**J Organization type** (check only one)— ☑ 501(c) ( 3 ) ◀ (insert no) ☐ 4947(a)(1) or ☐ 527

**K** Check ▶ ☐ if the organization's gross receipts are normally not more than $25,000 The organization need not file a return with the IRS, but if the organization received a Form 990 Package in the mail, it should file a return without financial data **Some states require a complete return.**

**L** Add lines 5b, 6b, and 7b, to line 9 to determine gross receipts. If $100,000 or more, file Form 990 instead of Form 990-EZ. ▶ $ 52,436

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See page 37 of the instructions.)

| | Line | Description | | | Line | Amount |
|---|---|---|---|---|---|---|
| Revenue | 1 | Contributions, gifts, grants, and similar amounts received | | | 1 | 52,436 |
| | 2 | Program service revenue including government fees and contracts | | | 2 | |
| | 3 | Membership dues and assessments | | | 3 | |
| | 4 | Investment income | | | 4 | |
| | 5a | Gross amount from sale of assets other than inventory | 5a | | | |
| | b | Less: cost or other basis and sales expenses | 5b | | | |
| | c | Gain or (loss) from sale of assets other than inventory (line 5a less line 5b) (attach schedule) | | | 5c | |
| | 6 | Special events and activities (attach schedule) If any amount is from **gaming**, check here ▶ ☐ | | | | |
| | a | Gross revenue (not including $ ______ of contributions reported on line 1) | 6a | | | |
| | b | Less: direct expenses other than fundraising expenses | 6b | | | |
| | c | Net income or (loss) from special events and activities (line 6a less line 6b) | | | 6c | |
| | 7a | Gross sales of inventory, less returns and allowances | 7a | | | |
| | b | Less cost of goods sold | 7b | | | |
| | c | Gross profit or (loss) from sales of inventory (line 7a less line 7b) | | | 7c | |
| | 8 | Other revenue (describe ▶ ) | | | 8 | |
| | 9 | **Total revenue** (add lines 1, 2, 3, 4, 5c, 6c, 7c, and 8) ▶ | | | 9 | 52,436 |
| Expenses | 10 | Grants and similar amounts paid (attach schedule) | | | 10 | |
| | 11 | Benefits paid to or for members | | | 11 | 22,957 |
| | 12 | Salaries, other compensation, and employee benefits | | | 12 | |
| | 13 | Professional fees and other payments to independent contractors | | | 13 | 31,520 |
| | 14 | Occupancy, rent, utilities, and maintenance | | | 14 | 6,243 |
| | 15 | Printing, publications, postage, and shipping | | | 15 | |
| | 16 | Other expenses (describe ▶ ) | | | 16 | |
| | 17 | **Total expenses** (add lines 10 through 16) ▶ | | | 17 | 60,720 |
| Net Assets | 18 | Excess or (deficit) for the year (line 9 less line 17) | | | 18 | (8,284) |
| | 19 | Net assets or fund balances at beginning of year (from line 27, column (A)) (must agree with end-of-year figure reported on prior year's return) | | | 19 | 8,425 |
| | 20 | Other changes in net assets or fund balances (attach explanation) | | | 20 | |
| | 21 | Net assets or fund balances at end of year (combine lines 18 through 20) ▶ | | | 21 | 141 |

RECEIVED 122 MAY 18 2004 IRS-OSC OGDEN, UT

## Part II Balance Sheets—If Total assets on line 25, column (B) are $250,000 or more, file Form 990 instead of Form 990-EZ.

(See page 40 of the instructions.)

| Line | Description | (A) Beginning of year | Line | (B) End of year |
|---|---|---|---|---|
| 22 | Cash, savings, and investments | 8,425 | 22 | 141 |
| 23 | Land and buildings | | 23 | |
| 24 | Other assets (describe ▶ ) | | 24 | |
| 25 | **Total assets** | 8,425 | 25 | 141 |
| 26 | **Total liabilities** (describe ▶ ) | | 26 | |
| 27 | **Net assets or fund balances** (line 27 of column (B) **must** agree with line 21) | 8,425 | 27 | 141 |



13

**Part III Statement of Program Service Accomplishments** (See page 41 of the instructions.)

What is the organization's primary exempt purpose? **Assistance to the chronic homeless**

Describe what was achieved in carrying out the organization's exempt purposes. In a clear and concise manner, describe the services provided, the number of persons benefited, or other relevant information for each program title.

Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts, optional for others.)

| | | | | |
|---|---|---|---|---|
| 28 | **Wednesday Night Meal Program - 5321 meals annually** (Grants $ 17,000) | | 28a | 17,000 |
| 29 | **Women Only Program - 371 client contacts** **Hired Clinical Psychologist for weekly group therapy sessions** (Grants $ 33,000) | | 29a | 33,000 |
| 30 | (Grants $ ) | | 30a | |
| 31 | Other program services (attach schedule) (Grants $ ) | | 31a | |
| 32 | **Total program service expenses** (add lines 28a through 31a) ▶ | | 32 | 50,000 |

**Part IV List of Officers, Directors, Trustees, and Key Employees** (List each one even if not compensated. See page 41 of the instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| Mary Herron 1561 Thomas Ave, San Diego, CA 92109 | President 16 | 0 | 0 | 0 |
| Ellen Casey 1561 Thomas Ave, San Diego, CA 92109 | Secretary/Treas 8 | 0 | 0 | 0 |
| | | | | |

**Part V Other Information** (Note the attachment requirement in General Instruction V, page 14.)

| | | Yes | No |
|---|---|---|---|
| 33 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | | ✓ |
| 34 | Were any changes made to the organizing or governing documents but not reported to the IRS? If "Yes," attach a conformed copy of the changes. | | ✓ |
| 35 | *If the organization had income from business activities, such as those reported on lines 2, 6, and 7 (among others), but not reported on Form 990-T, attach a statement explaining your reason for not reporting the income on Form 990-T.* | | |
| a | Did the organization have unrelated business gross income of $1,000 or more or 6033(e) notice, reporting, and proxy tax requirements? | | ✓ |
| b | If "Yes," has it filed a tax return on **Form 990-T** for this year? | | |
| 36 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? (If "Yes," attach a statement.) | | ✓ |
| 37a | Enter amount of political expenditures, direct or indirect, as described in the instructions ▶ 37a | | |
| b | Did the organization file **Form 1120-POL** for this year? | | ✓ |
| 38a | Did the organization borrow from, or make any loans to, any officer, director, trustee, or key employee or were any such loans made in a prior year and still unpaid at the start of the period covered by this return? | | ✓ |
| b | If "Yes," attach the schedule specified in the line 38 instructions and enter the amount involved. 38b | | |
| 39 | *501(c)(7) organizations.* Enter: a Initiation fees and capital contributions included on line 9 — 39a | | |
| b | Gross receipts, included on line 9, for public use of club facilities — 39b | | |
| 40a | *501(c)(3) organizations* Enter: Amount of tax imposed on the organization during the year under section 4911 ▶ ; section 4912 ▶ ; section 4955 ▶ | | |
| b | *501(c)(3) and (4) organizations.* Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach an explanation | | ✓ |
| c | Amount of tax imposed on organization managers or disqualified persons during the year under 4912, 4955, and 4958 ▶ | | |
| d | Enter: Amount of tax on line 40c, above, reimbursed by the organization ▶ | | |

41 List the states with which a copy of this return is filed. ▶

42 The books are in care of ▶ **Ellen Casey** Telephone no. ▶ ( 619 ) 347-6039

Located at ▶ **1561 Thomas Ave, San Diego, CA** [redacted]

43 *Section 4947(a)(1) nonexempt charitable trusts filing Form 990* [redacted]
and enter the amount of tax-exempt interest received or accru[redacted]

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, i[redacted]
and belief, it is true, correct, and complete Declaration of preparer ([redacted]

▶ [signature] Mary Herron [redacted]
Signature of officer

▶ **Mary Herron, President** [redacted]
Type or print name and title

**Paid Preparer's Use Only**

Preparer's signature ▶ [redacted]

Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ [redacted]