**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT, Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSHCEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their office capacities;<br><br>Defendants. | Case No.: 07cv2305 LAB PCL<br><br>**DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following document (s):

**DEFENDANT'S JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF PAMELA D. JONES IN SUPPORT THEREOF; DECLARATION OF ROBERT J. WALTERS IN SUPPORT THEREOF; AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF**

**DECLARATION OF PAMELA D. JONES IN SUPPORT OF DEFENDANTS' JOIONT OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ROBERT J. WALTERS IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTFFS' MOTION FOR PRELIMINARY INJUNCTION**

in the following manner: (Check one)

1)___ By personally serving the individual named by personally delivering the copies to the offices of the addressee.

Time of delivery: ____________ a.m./p.m.

2)___ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3) **XX** By electronic filing, I served each of the above referenced documents by E filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Robert Dreher dreherlawfirm@gmail.com

Executed: **February 11, 2008**, at San Diego, California.

SUE BENSON