**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA 92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, and City Attorney MICHAEL J. AGUIRRE, in their official capacities; and DOES 1-25;<br><br>Defendants. | Civil Case No.: 07 CV 2305LAB PCL<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE (*FRE 201*) IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS.**<br><br>Judge: Hon. Larry A. Burns<br>Date: February 25, 2008<br>Time: 10:30 a.m.<br>Ctrm: Courtroom 9, Second Floor |

Pursuant to Federal Rule of Evidence 201(b), Plaintiffs respectfully request that this Court take judicial notice of the following facts:

(1) Order for Preliminary Injunction filed on August 26, 1985, in the United States District Court for the Southern District of California, in *Sonrise Christian Fellowship v. City of San Diego*, No. 86-1429 S, a copy of which is attached hereto as Exhibit 1;

(2) Stipulation and Order filed on July 23, 1986, in the United States District Court for the Southern District of California, in *Sonrise Christian Fellowship v. City of San Diego*, No. 86-1429 S, a copy of which is attached hereto as Exhibit 2;

Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Exhibits 1 and 2, true and correct copies of which are attached to this Request for Judicial Notice, are prior orders from this Court enjoining Defendants from interfering with another church's practice of providing food and care to the poor. The contents of these documents are readily capable of verification and are not reasonably subject to dispute. Accordingly, this Court can and should consider them in deciding Defendants' Motion to Dismiss.

Based upon the foregoing, this Court can and should take judicial notice of each of the items and facts described above and attached as exhibits hereto.

Dated: February 11, 2008

**DREHER LAW FIRM**

s/

Robert Scott Norman
Robert Scott Dreher
Attorneys for Plaintiffs
E-mail: scott@dreherlawfirm.com