**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA  92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

PACIFIC BEACH UNITED METHODIST )
CHURCH, a California Religious )
Corporation; and its Pastor APRIL )
HERRON; )
)
          Plaintiffs, )
)
      vs. )
)
The CITY OF SAN DIEGO; CITY OF SAN )
DIEGO NEIGHBORHOOD CODE COM- )
PLIANCE DEPARTMENT; Mayor JERRY )
SANDERS, City Council Members SCOTT )
PETERS, KEVIN FAULCONER, TONI )
ATKINS, TONY YOUNG, BRIAN MAIEN- )
SCHEIN, DONNA FRYE, JIM MADAFFER, )
BEN HUESO, NCC Director MARCIA )
SAMUELS, NCC Land Development )
Investigator PAMELA JONES, and City )
Attorney MICHAEL J. AGUIRRE, in their )
official capacities; and DOES 1-25; )
)
          Defendants. )
_____ )

Civil Case No.: 07 CV 2305LAB PCL

**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Judge:  Hon. Larry A. Burns
Date:    February 25, 2008
Time:   10:30 a.m.
Ctrm:   Courtroom 9, Second Floor

Case No. 07cv2305-LAB-PCL

Plaintiffs hereby lodge true and correct copies of the following Exhibits in support of their Opposition to Defendants' Motion to Dismiss.   These Exhibits they are self-authenticating as set forth in the Request for Judicial Notice, filed herewith.

1.      *Sonrise Christian Fellowship v. City of San Diego*, No. 86-1429 S (S.D. Cal. Aug. 26, 1985) (order granting preliminary injunction); *and*

2.      *Sonrise Christian Fellowship v. City of San Diego*, No. 86-1429 S (S.D. Cal. June 23, 1986) (stipulation and order granting injunction).

Dated: February 11, 2008

**DREHER LAW FIRM**

s/

Robert Scott Norman
Robert Scott Dreher
Attorneys for Plaintiffs
E-mail: scott@dreherlawfirm.com

EXHIBIT 1



FILED
ENTERED
LODGED
RECEIVED

AUG 2 9 1985

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
ENTERED
LODGED
RECEIVED

AUG 2 6 1985

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SONRISE FELLOWSHIP, INC., and DON SHUMAN and ROBIN SANNER, individually and on behalf of all members of the fellowship,<br><br>          Plaintiffs,<br><br>     v.<br><br>UVALDO MARTINEZ, City Councilman for the City of San Diego; JANE REID, Representative of City Councilman Martinez; MARK CANO, Zoning Investigator for the City of San Diego; GINNIE SNYDER, Supervisor, City of San Diego Zoning Department; SHARON BOYER, City of San Diego Zoning Department; E. COOPER, Sanitarian, County of San Diego, Department of Health Services; JAMES A. FORDE, Director, Department of Health Services; BILL BROOKS, Inspector, City of San Diego Fire Department; ROGER PHILLIPS, Chief of the City of San Diego Fire Department, individually and in their official capacities; CITY OF SAN DIEGO; COUNTY OF SAN DIEGO,<br><br>          Defendants.<br><br>[Jury Trial Demanded On All Causes of Action Relating To Non-Equitable Relief] | No. '85 1429 S<br><br>ORDER |

On July 8, 1985 Plaintiffs' Motion for Preliminary

Injunction came on for hearing before the Honorable Edward J.

Exhibit 1, Page 1

1    Schwartz at 10:30 a.m. in Courtroom No. 4 of the United States

2    District Court for the Southern District of California.  Milton

3    J. Silverman appeared for Christian SonRise Fellowship,

4    Leonard W. Pollard, III appeared for the County of San Diego,

5    James A. Forde and E. Cooper, and Kenneth K. So appeared for the

6    City of San Diego, Uvaldo Martinez, Jane Reid, Mark Cano, Ginnie

7    Snyder, Sharon Boyer, Bill Brooks and Roger Phillips.

8             Having considered the declarations, pleadings, and

9    oral argument of the above-named parties, the Court finds as

10   follows:

11            1.   Plaintiff Christian SonRise Fellowship is a

12   religion entitled to the protection of the First Amendment of

13   the United States Constitution;

14            2.   The "common meal" is a religious practice

15   entitled to the protection of the First Amendment of the United

16   States Constitution;

17            3.   Plaintiffs' religious beliefs are sincerely held;

18            4.   Whether the California Uniform Retail Food Facili-

19   ties Law as contained in California Health and Safety Code Sections

20   27500, _et seq._ applies to Plaintiffs' religious practice of the

21   "common meal" is unclear but, even assuming said statutory law

22   does apply, enforcement of California Health and Safety Code

23   Sections 27500, _et seq._ sweeps too broadly into the area

24   protected by the First Amendment since only the ". . . gravest

25   abuses, endangering paramount interests give occasion for

26   permissible limitation" in the area of religious practice

27   (Sherbert v. Verner, 374 U.S. 398 (1963) quoting Thomas V.

28

- 2 -

1  Collins, 323 U.S. 516, 530 (1945)); and

2        5.   Defendants have demonstrated only an abstract

3  state interest in the health and safety of the community but

4  have failed to meet their burden of demonstrating an overriding,

5  subordinating and compelling state interest.

6        IT IS HEREBY ORDERED that Plaintiffs' Motion for

7  Preliminary Injunction is granted and that:

8        1.   The Defendants are enjoined from taking any steps

9  to enforce California Health and Safety Code Section Section

10  27500, et seq. against the Plaintiffs in connection with

11  Plaintiffs' religious practice of the "common meal," however,

12  this Preliminary Injunction does not enjoin lawfully constituted

13  authority from conducting reasonable inspection of Plaintiffs'

14  premises; and

15        2.   The Defendants are enjoined from taking any steps

16  to enforce California Municipal Code Section 101.0432.

17        IT IS SO ORDERED.

18        Dated:  *August 26*          , 1985.

19

20

21

22        Edward J. Schwartz
          United States District Judge

23

24  APPROVED AS TO FORM:

25

26  Leonard W. Pollard, III

27

28  Kenneth K. So

                          - 3 -

**EXHIBIT 2**

RECEIVED          FILED

JUN 25 1935

36 JUN 16 P 5: 01    36 JUN 24 A 8: 45

CLERK, US DISTRICT COURT          DISTRICT COURT
SOUTHERN DISTRICT OF CA          RN DISTRICT OF CA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHRISTIAN SONRISE FELLOWSHIP,     )     No.  85-1429-8 IEG
INC., et al.,                     )
                                  )     STIPULATION AND
                Plaintiffs,       )         ORDER
                                  )
     v.                           )
                                  )
UVALDO MARTINEZ, et al.,          )
                                  )
                Defendants.       )
_____ )

     IT IS STIPULATED BY Plaintiffs, Christian Sonrise Fellowship,

Inc., Don Shuman, and Robin Sanner, and their attorney Milton J.

Silverman, and Defendants, Uvaldo Martinez, Jane Reid, Mark Cano,

Ginnie Snyder, Sharon Boyer, G. Cooper, James A. Forde, Bill

Brooks, Roger Phillips, City of San Diego, and County of San

Diego, through their attorneys Kenneth So and Leonard Pollard,

III, that:

     1.    Defendants are enjoined from taking any steps to enforce

San Diego Municipal Code Section 101.0432 against Plaintiffs in

connection with Plaintiffs' religious practice of the "common

meal", which practice is further described in the Amended

Complaint on file.

2.    Defendants are enjoined from taking any steps to enforce the California Health and Safety Code Section requiring health permits against these Plaintiffs in connection with Plaintiffs' religious practice of the "common meal" which practice is further described in the Amended Complaint on file, provided Plaintiff, Christian Sonrise Fellowship, Inc., maintains a valid concession permit issued by the Department of Health Services under regulations in effect on January 31, 1986. In the event rules and regulations regarding health and concession permits are modified, Plaintiff will be subject to said rules and regulations on the same basis as each and every similar organization or establishment. This stipulation and order does not enjoin lawfully constituted authority from conducting reasonable inspections of Plaintiffs' premises.

3.    Any and all claims for relief for general damages and/or punitive damages are dismissed.

4.    Attorney's fees in the sum of Seven Thousand Five Hundred Dollars ($7,500.00) are to be paid to Milton J. Silverman by The City of San Diego pursuant to 42 U.S.C. 1988.

DATED: _May 22, 1986_

_____
Don Shuman, individually and
on behalf of the Christian
Sunrise Fellowship, Inc.

DATED: _____

_____
Robin Sanner

DATED: _May 14, '86_

_____
Milton J. Silverman, Esq.

Attorney for Plaintiffs
Christian Sonrise Fellowship,
Inc., Don Shuman, and Robin
Sanner

1

2

3    DATED: _May 26, 1986_

4

5

6

7

8

9    DATED: _June 5, 1986_

10

11

12

13

14

        IT IS SO ORDERED.

15    DATED: _JUN 23 1986_

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN W. WITT, City Attorney

By _Kenneth So_

    Kenneth So, Deputy

Attorneys for Defendants City
of San Diego, Uvaldo Martinez,
Jane Reid, Mark Cano, Ginnie
Snyder, Sharon Boyer, Bill
Brooks, and Roger Phillips

LLOYD HARMON, County Counsel

By _Leonard W. Pollard II_

    Leonard Pollard, II, Deputy

Attorneys for Defendants County
of San Diego, James A. Forde,
and E. Cooper

ORDER

UNITED STATES DISTRICT JUDGE