**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**PACIFIC BEACH UNITED METHODIST CHURCH, et al. v. THE CITY OF SAN DIEGO, et al.**
*Case No. 07 CV-2305 LAB (PCL)*

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs; and my business address is 835 Fifth Ave, Suite 202, San Diego, CA 92101.

On **February 11, 2008**, I caused to be served copies of the documents described as:

1. **MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS;**

2. **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE (F.R.E. 201) IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS;**

3. **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS.**

on the following party in this action:

Michael J. Aguirre
Robert J. Walters
OFFICE OF THE CITY ATTORNEY
1200 Third Avenue, Suite 1100
San Diego, CA 92101
T: (619) 533-5800
F: (619) 533-5856

[ ] BY PERSONAL SERVICE. I hand-delivered the above referenced document to the designated person referenced above.

[X] BY EMAIL PURSUANT TO THE CM / ECF SYSTEM.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed **February 11, 2008**, at San Diego, California.

Yassarette A. Valdivia