**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA 92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, et al; | Civil Case No.: 07 CV 2305LAB PCL |
| Plaintiffs, | **JOINT MOTION TO CONTINUE PENDING FEBRUARY 25, 2008 HEARING DATE FOR (1) PLAINTIFFS' MOTION FOR INJUNCTION AND (2) DEFENDANTS' MOTION TO DISMISS.** |
| vs. | |
| The CITY OF SAN DIEGO, et al; | |
| Defendants. | |

The parties, by and through their attorneys, hereby stipulate and jointly ask the Court for an Order continuing the hearing on the following Motions for a period of 30 days: (1) Plaintiff's Motion for Injunction, and (2) Defendants' Motion to Dismiss, both of which are currently set for hearing on February 25, 2008. The parties wish to delay the hearing so that they can pursue settlement discussions which began last week.

IT IS SO STIPULATED:

**DREHER LAW FIRM**

s/Robert Scott Dreher
Robert Scott Dreher
Attorney for Plaintiffs
E-Mail: scott@dreherlawfirm.com

**OFFICE OF THE SAN DIEGO CITY ATTORNEY**

s/Robert Walters / Michael Aguirre
Michael J. Aguirre
Attorneys for Defendants
E-Mail: rwalters@sandiego.gov

(07 CV 2305)

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

### PACIFIC BEACH UNITED METHODIST CHURCH, et al. v. THE CITY OF SAN DIEGO, et al.
*Case No. 07 CV-2305 LAB (PCL)*

### PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California, where the service occurs; and my business address is 835 Fifth Ave, Suite 202, San Diego, CA 92101.

On **February 21, 2008**, I caused to be served copies of the documents described as:

**JOINT MOTION TO CONTINUE PENDING FEBRUARY 25, 2008 HEARING DATE FOR (1) PLAINTIFFS' MOTION FOR INJUNCTION AND (2) DEFENDANTS' MOTION TO DISMISS.**

on the following party in this action:

Michael J. Aguirre
Robert J. Walters
OFFICE OF THE CITY ATTORNEY
1200 Third Avenue, Suite 1100
San Diego, CA 92101
T: (619) 533-5800
F: (619) 533-5856
rwalters@sandiego.gov

[ ]    BY PERSONAL SERVICE. I hand-delivered the above referenced document to the designated person referenced above.

[X]    BY EMAIL PERSUANT TO THE CM / ECF SYSTEM.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed **February 21, 2008**, at San Diego, California.

Yassarette A. Valdivia