# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PACIFIC BEACH UNIFIED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON,

Plaintiffs,

vs.

THE CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; MAYOR JERRY SANDERS, CITY COUNCIL MEMBERS SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC DIRECTOR MARCIA SAMUELS, NCC LAND DEVELOPMENT INVESTIGATOR PAMELA JONES , and CITY ATTORNEY MICHAEL J. AGUIRRE, in their official capacities and DOES 1-25,

Defendants.

CASE NO. 07cv2305-LAB (PCL)

**ORDER GRANTING JOINT MOTION TO CONTINUE HEARINGS**

Currently on calendar for Monday, February 25, 2008 at 10:30 a.m. are hearings on Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss. On February 21, 2008, the parties filed a joint motion to continue those hearings by 30 days. The parties

/ / /

represent they have begun settlement discussions and believe they need additional time to pursue these.

For good cause shown, the Court **GRANTS** the joint motion. The hearings currently on calendar for Monday, February 25, 2008 are hereby **CONTINUED** to Monday, April 7, 2008 at 11:15 a.m.

**IT IS SO ORDERED**.

DATED: February 21, 2008

[signature]

**HONORABLE LARRY ALAN BURNS**
United States District Judge