**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case: Pacific Beach Unified Methodist Church v. City of San Diego    Case No: 07cv2305-LAB (PCL)

HON. Larry A. Burns    CT. DEPUTY (n/a)    Rptr. (n/a)

Present

Plaintiff(s): No appearance.

Defendant(s): No appearance.

Currently on calendar for Monday, April 7, 2008 at 11:15 a.m. is a hearing on Plaintiff's motion for preliminary injunction and Defendant's motion to dismiss. The parties have informed the Court they have settled this matter and will be filing a joint motion to dismiss shortly. This hearing is therefore **VACATED**. No appearances will be required in this matter on Monday, April 7, 2008.

DATED: April 4, 2008

**IT IS SO ORDERED.**

**Honorable Larry Alan Burns**
United States District Judge