**DREHER LAW FIRM**
Robert Scott Dreher (CSB No. 120527)
Robert Scott Norman (CSB No. 253185)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, CA  92101
619-230-8828 / fax 619-687-0136

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, et al;<br><br>Defendants. | Civil Case No.: 07 CV 2305LAB PCL<br><br>**AMENDED STIPULATION OF SETTLEMENT AND DISMISSAL**<br><br>Judge: Hon. Larry A. Burns<br>Ctrm:  Courtroom 9, Second Floor |

WHEREAS, Defendants, without admitting any of, and continuing to deny, the allegations of Plaintiffs' Complaint, and Plaintiffs, without lacking any conviction in their claims and allegations nor admitting any of the defenses alleged by Defendants in their pleadings, now desire to settle and resolve this matter.

Accordingly, based on the files, records and pleadings in this action, and for good

cause as shown, it is hereby STIPULATED THAT:

1. Defendants, including the City and its agents and employees, agree not to issue a Notice of Violation or other citation in connection with Plaintiffs' Wednesday Night Ministry activities, which include Plaintiffs' religious practice of sharing common meals with the community and providing ministry, food and other care to the poor, the homeless and others in need in the community;

2. Nothing in this Stipulation and Order restricts the City and its agents and employees from conducting lawful inspections of any premises or otherwise attempting to enforce other duly-enacted laws and ordinances;

3. Nothing in this Stipulation and Order restricts Plaintiffs from practicing their religion on their property;

4. In consideration of these agreements and stipulations, Plaintiffs agree to dismiss their Complaint and the Parties agree to bear their own attorneys fees and all other litigation costs in connection with this action; *and*

5. At this time the parties do not wish the Court to retain jurisdiction over disputes between and among the parties arising out of this settlement agreement.

**IT IS SO STIPULATED:**

Dated: April 16, 2008

_____
April Herron, individually and on behalf of Pacific Beach United Methodist Church.

**[Signatures continued on following page…]**

Dated: April 16, 2008

DREHER LAW FIRM

By_____
Robert Scott Dreher
Robert Scott Norman
Attorneys for Plaintiffs


MICHAEL J. AGUIRRE, City Attorney

Dated: April __, 2008

By_____
Robert J. Walters
Deputy City Attorney
Attorneys for Defendants

---

3                                              Case No. 07cv2305-LAB-PCL
AMENDED STIPULATION OF SETTLEMENT AND DISMISSAL.