**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PACIFIC BEACH UNITED METHODIST CHURCH, a California Religious Corporation; and its Pastor APRIL HERRON;<br><br>Plaintiffs,<br><br>vs.<br><br>The CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS, City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO, NCC Director MARCIA SAMUELS, NCC Land Development Investigator PAMELA JONES, et al;<br><br>Defendants. | ) | Civil Case No.: 07 CV 2305LAB PCL<br><br>**ORDER OF DISMISSAL** |

**Plaintiffs PACIFIC BEACH UNITED METHODIST CHURCH and APRIL HERRON and Defendants the CITY OF SAN DIEGO; CITY OF SAN DIEGO NEIGHBORHOOD CODE COMPLIANCE DEPARTMENT; Mayor JERRY SANDERS; City Attorney MICHAEL J. AGUIRRE; City Council Members SCOTT PETERS, KEVIN FAULCONER, TONI ATKINS, TONY YOUNG, BRIAN MAIENSCHEIN, DONNA FRYE, JIM MADAFFER, BEN HUESO; MARCIA SAMUELS and PAMELA JONES jointly filed a joint motion to dismiss, captioned Stipulation of Settlement and Dismissal, in this case.**

**/ / /**

**The parties memorialized the terms of the Stipulation of Settlement and Dismissal as follows:**

**1. Defendants, including the City and its agents and employees, agree not to issue a Notice of Violation or other citation in connection with Plaintiffs' Wednesday Night Ministry activities, which include Plaintiffs' religious practice of sharing common meals with the community and providing ministry, food and other care to the poor, the homeless and others in need in the community;**

**2. Nothing in the Stipulation and Dismissal restricts the City and its agents and employees from conducting lawful inspections of any premises or otherwise attempting to enforce other duly-enacted laws and ordinances;**

**3. Nothing in the Stipulation and Dismissal restricts Plaintiffs from practicing their religion on their property; and**

**4. In consideration of these agreements and stipulations, Plaintiffs agree to dismiss their Complaint and the Parties agree to bear their own attorneys fees and all other litigation costs in connection with this action.**

**5. At this time the parties do not wish the Court to retain jurisdiction over disputes between and among the parties arising out of their settlement agreement.**

**The parties' joint motion to dismiss is GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE**. The parties shall each bear their own costs. The Court does not retain jurisdiction over this case or over any disputes arising out of the parties' settlement agreement.

**IT IS SO ORDERED.**

**DATED: April 18, 2008**

[signature]

HONORABLE LARRY ALAN BURNS
**United States District Judge**